# EXHIBIT 40

# Comments on Case No. 05-1368-MLB-KMH

# And Dr. Goldberg's Report

## Gerald H. Graham, Ph.D.

1.      After reviewing the context in which the employee selection process for the newly-formed Spirit Aerosystems took place, this report assesses the selection process used to staff the new company and responds to Dr. Goldberg's interpretations.

2.      As shown in the attached resume, for more than forty years, I have been researching, teaching, writing, and consulting in the areas of leadership, management, organizational behavior, and strategic decision making.  Further, I have consulted with numerous companies thorough out the United States and other countries and have served in leadership roles in both academic and business organizations, including Dean of the Barton School of Business at Wichita State University and as a board member on profit and not-for-profit boards of directors.

3.      My writings have been quoted by hundreds of other publications.  Wichita State University has honored me with numerous teaching awards.  Consulting assignments have ranged from teaching of leadership skills to front-line managers to strategic planning with top-level executives and mediating disagreements at multi-million dollar Super Fund clean-up sites on military bases.  During my tenure as Dean of the Barton School of Business, we successfully added new programs (including the Executive MBA and Management Information System Degrees), navigated through a tough accreditation process, created the college's  Advisory Board and increased endowment contributions and enrollment.  As a board member, I headed the committee that had oversight of the restructuring of a $600 million dollar company.  As the president of a not-for-profit organization, I lead the negotiation team that resulted in a successful merger of the Goodwill and Easter Seal franchises in Kansas.

4.      From researching, publishing and teaching, I have gained an understanding of the academic side of the science of leadership.  From extensive, hands-on involvement in actual businesses, I also understand how successful leaders practically apply theory and research in complex organizations.  This unique combination of experiences qualifies me to speak as an expert in this case.

1

4.      I have not served as an expert witness during the past four years.  My fee for working on this case is $300 per hour for time spent reviewing documents and writing a report and $600 per hour should I be called to testify in depositions or in court.

## Context of the Selection (Rehiring) Process

5.      Prior to the spinoff of the Wichita Division of The Boeing Company, two major trends evolved that put the Wichita Division in jeopardy.

6.      First, with the ever increasing competition in the global marketplace, for The Boeing Company to remain competitive, it was necessary for it to achieve greater efficiencies and better cost control.  These pressures directly impacted the Wichita Division.  As the Wichita Division matured, it had evolved into a very mechanistic organization consisting of numerous overlapping and inefficient processes, structures, narrow job classifications, and traditions that dictated much of how their work was performed.  The evolution into a mechanistic bureaucracy is typical of older, larger, companies that have a long tradition with union labor.  As a division of The Boeing Company, it was virtually impossible to quickly and dramatically improve efficiencies and also reduce costs.  Because of the low likelihood of significantly changing a mechanistic organization, leaders of the Wichita Division took a calculated gamble to spinoff the division and start a new company.  The intent was to develop a more flexible, effective and efficient organization.  The spinoff also allowed the Wichita Division to compete in the marketplace for customers other than The Boeing Company, which allowed them a tremendous, although uncertain, upside for growth and profitability.

7.      The second trend, which no doubt was associated with increased competitive pressures, was spiraling downward employment numbers in the Wichita Division. Because The Boeing Company was using less of the costly Wichita product, there was considerable excess capacity in the Wichita Division and overall employment in the Wichita Division had declined significantly over a period of years.  Since most of the manufacturing employees were under a union contract that required layoffs based on seniority, there was little leeway for the Wichita leadership to be selective when laying off employees during down cycles.  Under such conditions, over time any company will not necessarily retain the set of skills and attitudes that it needs to compete in the ever changing and competitive future market place.  Due to the seniority provisions, some very capable and adaptable employees would be let go because they may not have been with the company very long.  Others, who may have been there for awhile, may not have had the skills and adaptability to compete effectively in the future market place.

2

As stated by Robbins and Judge, authors of the best-selling text, <u>Organizational Behavior,</u> "Today's successful organizations must foster innovation and master the art of change, or they'll become candidates for extinction" (Robbins and Judge, 2009, page 3).

8.      The decision to sell the Wichita Division to a group of investors that allowed the new company to seek new customers while continuing to supply The Boeing Company was a classic, strategic decision.  By carefully selecting the appropriate workforce skills and talents and by leaving behind some of the unnecessary bureaucratic trappings, the new company would also have an excellent chance of increasing labor productivity and reducing costs.

9.      With the passage of time, the decision to sell the Wichita Division has proven to be an excellent strategic move as the new company has indeed won new customers while continuing to be an important supplier to The Boeing Company.

## Analysis of the Employee Selection Process

10.      One of the crucial tasks in transitioning from Boeing to the new company was to select the appropriate quantity of employees with the desired skills and talents to give it the best chance of being successful.  The plan for selecting employees to join the new company consisted of the following elements:

A.  Specific selection criteria with definitions of each criterion.  The basis of any good selection process is to first identify the skills and traits needed.  These criteria are very consistent with the leaders' perception of what it would take to make the new company successful.

B.  A specific requirement to avoid discriminating against protected classes of employees, including age discrimination.

C.  Training for the managers on how to make the selection decisions.  Very specific guidelines and training were provided to help managers hire employees that would give the new company its best chance for succeeding.

D.  Decisions were to be made by managers who had first-hand knowledge of the employees' abilities by virtue of having personally observed their performance over time—in many cases, for several years.

E.  The use of Human Resource Professionals to facilitate the discussions of the selection teams.

F. Initial selection recommendations were reviewed by other management levels.

G. Selection recommendations were reviewed by Human Resource and legal professionals.

11. This process was a well-conceived and executed plan designed to carefully select employees that would give the new company its best chance of successfully executing the strategies (capturing new markets while cutting costs and remaining a supplier of Boeing) of the newly-formed company. I would call the plan a classic, textbook process for selecting the best people to meet a specific set of needs.

## Response to Dr. Goldberg's Conclusions

12. Dr. Goldberg's conclusions (Expert Report of Caren B. Goldberg, Ph.D.) appear to center around the following issues that she identifies and interprets to be proof of age discrimination in the company's selection (rehiring) process. This section includes my analysis of the issues and my responses to Dr. Goldberg's interpretation.

**Climate of Age Bias**

13. Dr. Goldberg concludes that there was a climate of age bias and refers to Mr. Turner's concerns that the increasing average age of the workforce is a symptom that the business is not healthy. Dr. Goldberg also refers to comments made by managers such as, "If I were you and your age, I would retire," and ". . . that's what happens when you get old," and so on. (Goldberg, Paragraph 9) Dr. Goldberg further reports studies by Levy and Banaji that show that people have more negative perceptions of older people than of younger people and there exists an implicit bias. Dr. Goldberg also quotes a study by Lee to suggest that implicit negative associations are more likely to result in stereotypes and consequently discrimination (Goldberg, Paragraphs 13 and 17).

14. **Mr. Turner's Concern for Aging Workforce.** Contrary to Dr. Goldberg's conclusion, management's concern for an increasingly aged workforce is realistic and appropriate. In fact, it would be negligent if management did not address this issue. The aging of our labor force is common knowledge. The Congressional Budget Office's estimates in 2004 predicted that the number of employees age fifty-five and older would increase from 13 percent in 2004 to 20 percent by 2014.

15. Over the years, I have had the privilege of facilitating numerous strategic planning sessions and participating in many discussions with managers at all levels. For the past ten years, in particular, I have heard leaders of profit and not-for-profit

organizations, express concern over the increasing average age of their workforces. None of the discussions sounded any hint of age discrimination.

16.     Rather, when discussing employees' and/or managers' ages, leaders were concerned about the approaching inevitability of losing a group of skilled and experienced employees. As an example, within the last three months, a CEO described to me a situation where five employees (all with more than 20 years of experience) retired from the same workgroup within an eighteen-month period. The CEO said, "We cannot let that happen again." For another example, I facilitated strategic planning sessions for a large retail company for several years. At each annual meeting, the directors would ask each manager in turn, "When do you plan to retire?" Some of the managers were in their 40's; others were in their 60's. The question had nothing to do with age discrimination; rather it addressed the directors' concerns with orderly succession. The reality is that older managers and employees carry a lot of knowledge in their heads that are not part of policy manuals or training programs. When these experienced people retire, the organization loses their vast knowledge and experience. Further, even routine jobs may require several years for employees to hone their abilities and reach peak effectiveness. Because there is a bubble of "baby boomers" nearing traditional retirement age, most leaders are well aware of the increasing age of their workforces and they regularly discuss tactics for addressing the issue.

17.     **Managers' Comments to Employees about Age and Retirement.** I suggest that Dr. Goldberg reports many of the managerial quotes on age and retirement without the proper context. Discussing retirement and suggesting retirement does not constitute a climate of age bias. Every year, numerous people both within and outside my university say things to me like: "When are you going to retire?" "Are you retired yet?" "How do you keep up with the younger generation?" "Can you still relate to the students of today?" I consider these questions to be based on curiosity, personal interest and a concern by administration for orderly replacement.

18.     Further, in the discussions with the Boeing employees, I understand that managers also pointed out the fact that one could retire from Boeing and still be hired by the new company. In fact, a significant number of employees actually did take retirement from Boeing and also went to work for Spirit. The discussion of retirement and age among employees who are in the second half of their work careers is normal and to be expected.

19.     **Negative Perceptions of Older People.** While some studies do show that people have differing (perhaps more negative) perceptions of older people, studies also show that older workers are as productive (sometimes more so) as younger workers and have

better attendance and less turnover rates.  Further, older workers do not suffer from poorer health or declining vigor and mental abilities.  Mr. Turner commented on the value of older, experienced workers, and most managers of my experience, are well-aware of the benefits of experienced, older employees.  It is for these reasons that managers are concerned about average increases in age.  They are concerned about losing these experiences, skill and knowledge to retirement and about orderly replacements.

**Criticism of Selection Criteria**

20.     Dr. Goldberg suggests that the selection criteria were ill defined and subject to myriad possible interpretations; that two managers could observe an employee and arrive at completely different conclusions (Paragraphs 9 and 14).

21.     Actually, the criteria were very well defined.  The Re-Hire Recommendation Criteria contained seven standards with explanations of what each standard meant.  For instance, the standard on productivity contains such phrases as:  "completion of work on time," "Does the employee show up prepared for work as scheduled?" and "reliable attendance."  The quality standard contains phrases such as:  "producing a product to specifications," "willing to help and teach others," and "Does the employee have a history of producing non-conforming parts?"  Any manager who observed a group of employees at work could readily and objectively discern which employees more consistently met these standards.  The Teamwork/Attitude standard contained phrases such as:  "does their fair share of less desirable tasks," "receptive to change in support of company initiatives," and "treat others with dignity and respect."  All of the re-hire criteria describe work behaviors that could be readily and objectively observed.

22.     Further, these criteria describe very well the need for future workforces to be flexible and adaptable.  It is widely recognized that many jobs in the future will be continually redesigned and performed by flexible teams rather than individuals being assigned to permanent tasks.  Employees will be expected to continually update their skills and work in different departments on jobs that are constantly changing.  I understand Dr. Goldberg's comments that, ". . . two managers may observe the same employee and arrive at completely different conclusions . . ." (Paragraph 9).   Such a statement could potentially be true, but the standards described observable behaviors and the selection recommendation discussions were facilitated by Human Resource Professionals and reviewed by more than one level of management.  These factors would most certainly lessen or eliminate the impact of any particular manager's subjectivity.

**Some Criteria Unobservable**

23.     Dr. Goldberg suggests that many of the criteria were unobservable because the scope of employees' jobs was dictated by union contract.  Her implication is that the contract did not allow employees to show, "an ability or willingness to work outside of their job."  Note, this is one phrase selected from the Skill standard.  The standard also includes the phrase, "Does the employee have the flexible skills required to perform all processes within their job description . . ." (Paragraph 9 and 14).

24.     I believe Dr. Goldberg's interpretation shows a naivety about job codes and classifications.  Even within the most narrowly defined jobs, it is fairly easy to determine whether employees are knowledgeable and flexible.   All job descriptions allow some discretion.  Inflexible employees interpret their jobs in the narrowest way and by their comments and actions show that they are more concerned with controlling exactly what they do than in doing what it takes to achieve the departmental objectives.  More flexible-good-attitude employees focus their behaviors and comments on the outcomes first while respecting the boundaries of their and other's jobs.

**Weighting of the Seven Criteria**

25.     Dr. Goldberg correctly reports that the seven selection criteria were not weighted, thus some managers may have in some instances relied more on quality and others may have relied more on productivity.  She also reports studies that show rater halo error as a bias in performance evaluations.  (Paragraphs 9 and 14, pp. 11, 13).

26.     While the observation that the selection process did not weight the seven standards is correct, it in no way suggests that this approach is subjective or encourages an age bias.  Further, a standard weighting scheme, which Dr. Goldberg does not recommend but seems to imply, poses many other issues.  For instance, suppose that you gave the standards equal weight and asked managers to rate employees on some scale, say 1 to 5 with 5 being high.  Assume Employee A received a total score of 21 points (a "3" on all 7 scales).  Assume Employee B received a score of 22 points but the score on the quality standard is a 1.  The scoring scheme would suggest the selection of Employee B over A, even though Employee B produced much lower quality of work.  Most managers, I think, would prefer Employee A over Employee B even though Employee B had the higher score.

27.     I also note that Dr. Goldberg used studies of performance evaluations to criticize a selection process.  While both processes require managerial judgment, the performance appraisal processes are very different from selection processes and they are used for different purposes.

7

28.     Finally, the studies on the halo effect do not suggest that the rating bias always disadvantages the employee.  The halo effect simply means that a judgment on one standard may affect judgments on other standards.  For example, should a manager rate an employee low on productivity, the manager may also tend to rate the employee lower on work quality or teamwork.  Conversely, should a manager be very impressed with an employee's attitude, the manager may rate the employee higher on other scales.  The halo effect has as good a probability of resulting in a bias that advantages an employee as it does in disadvantaging an employee.

**Use of Prior Performance Evaluations**

29.     Dr. Goldberg says that because the managers did not use data from previous performance evaluations they had to rely on their memory.  She further concludes that judgments based on memory are inherently flawed.  Dr. Goldberg then quotes several studies in support of her conclusion (Goldberg, Paragraphs 9 and 14, Page 12).

30.     I fail to see the logic in Dr. Goldberg's conclusion that the selection process was flawed because managers did not refer to previous performance evaluations for several reasons.

31.     One, there were no performance appraisal files on a large percentage of the employees.

32.     Two, Dr. Goldberg quotes studies by Campbell, et.al. and Woehr and Huffcutt to support her view, but these studies say that judgments are inherently flawed if performance appraisals fail to define criteria and frames of reference.  In this case, the leaders clearly defined seven criteria for selection and provided training to people making the selection.  This seems to be exactly what the studies would call for.

33.     Three, on the one hand, Dr. Goldberg criticizes management for not using performance appraisal data.  On the other hand, she quotes several studies that show flaws in performance appraisal systems.  One could interpret Dr. Goldberg's comments to suggest that management should have used a flawed system with incomplete data in making selection decisions.  I also note that managers were making selection decisions and not conducting performance appraisals.  In most selection decisions, managers do not have access to performance appraisal data.

34.     Four, Dr. Goldberg criticizes managers for relying solely on their memory and judgment in making selections.  However, these managers had the opportunity to observe the employees in actual work situations for lengthy periods.  There are no better data for predicting future employee behavior than that accumulated through

8

direct observation over time. I am personally aware of many companies that use such a system for selecting employees into their workforce. These companies hire many employees on temporary assignments. This allows the companies to increase and reduce the size of their workforces quickly and it does one other very important thing. It allows managers to observe employees' performances in actual work assignments over time and they use these observations to select employees to hire for permanent positions. In fact, work sample tests (where applicants for positions are required to perform actual job tasks as a part of the selection process) have been designed to provide managers a chance to directly observe candidates performing the actual work. In selection processes, these work sample tests have proven to be very good at predicting job success. In this case, managers were able to observe employees performing work over a long period of time, which would give them even more accurate data than work sample tests.

**Rules Changed to Focus on Skills**

35.     Dr. Goldberg correctly reports that Mr. Wright asked managers to select an additional 500 employees and to focus on the Skills Standard. She concludes that two entirely different processes were used. Dr. Goldberg further "suggests" that there were some skilled employees that management did not want to hire, and management invoked the remaining six standards so they could "cover themselves" (my quotes). (Goldberg, Paragraphs 9 and 16).

36.     Mr. Wright's decision regarding the additional 500 employees was based on a bargaining point with labor that required, as a condition of support, the new company hire a minimum of 85 percent of the Wichita Division's represented workforce. It is within this context that Mr. Wright suggested that management select an additional 500 employees. Recall, none of the "additional 500 employees" had been on the previously recommended list. I interpret Mr. Wright's focus on the Skills Standard as a desire to ensure, as a minimum, that the "additional 500 recommendations for hire" have the required skills. Obviously, it would not be in the best interests of the new company to select employees who did not have the requisite skills necessary to perform in their assignments.     Rather than revealing some conscious or unconscious ulterior motive, Mr. Wright's request and the managers' ensuing actions were quite logical and reasonable.

**Greater Percentage of Older Workers Not Selected**

37.      Although Dr. Goldberg cites an analysis showing overall that a greater percentage of older workers were not selected, she says that her focus is in her words, ". . . on the subjectivity and inherent bias in the process . . ." (Goldberg, Paragraph 12).

38.      As statisticians are well aware, a correlation does not prove causation.  There may be many reasons, other than age discrimination, why a greater proportion of older employees were not selected for employment in the new company.  During the history of peaks and valleys in the aircraft industry, companies go through cycles of hiring and laying off employees.  Where there are management-union contracts, employees with the least experience are typically the first to be let go during down cycles.  During growth cycles, companies may hire and keep employees of less skill and team orientation because the labor pool is smaller.  Then, during down cycles more marginal performers who have been there a month longer may stay on while a higher performer may be let go.  Over a series of these cycles, a workforce may evolve to where there is a larger proportion of less productive employees in the group with the greatest seniority.

**Use of Training Records**

39.      Dr. Goldberg criticizes Mr. Turner for not instructing people to look at training records as evidence of employees' willingness to learn new skills (Goldberg, Paragraph 14, p. 11).

40.      Employees who volunteer to attend training programs or those who attend by requirement are, in my opinion, likely to be more motivated and adaptable employees. I accept, though, that some very skilled and talented employees may not volunteer for training and certification because they like what they are doing and they are good at it. The mere fact of attendance does not ensure that employees are adaptable and willing to learn.  Training attendance data may be further contaminated because some programs may be required and some may be voluntary.  More importantly, the selection standards directly addressed a way to assess candidates' ability to adapt and learn in a way that could be systematically applied to all candidates—the criteria defined a standard and provided training on it.

**Comments by Managers during Selection Meetings**

41.     Dr. Goldberg reports that *"all"* (She italicized for emphasis.) of the narrative information about employees who received a "no" decision for hiring was negative.  She further concludes that this negative conclusion biases all of the other judgments of managers making the selections (Goldberg, Paragraph 14, Page 11).

42.     Dr. Goldberg's assertion that "all" of the narrative about non selected employees was negative is incorrect.  I have scanned the narrative and have identified positive comments about employees who were not recommended, a few of which are: "attitude, teamwork—skills, ok,"  "Quality is ok,"  "productivity currently good.  Taken job—shown vast improvement,"  " shows up every day," (DAP000089) "great teaming person,"  "GK does good job,"  "GR qualified to do job,"  "GK works well," (DAP000090) "quality ok,"  "GR-does really good job," (DAP000091) "got knowledge and thinks of quality,"  "skills, abilities, ok,"  "good attitude," (DAP000092) "Based on skills—good," "hard worker,"  "Attitude good-teamwork good, hard worker,"  "good teaming," "good skills, good quality,"  "Has stepped up when things need to happen," (DAP 000006) "great sealer," " has good skills and could be productive." "Employee has skills to seal." (DAP000007) These phrases are purposefully taken out of context to document that not "all" of the narrative information about employees who received a "no" decision was negative.

43.     Further, it is simply much more practical to record the reasons for rejection than it is to fully record and describe all of the reasons why candidates were judged to have met the criteria.  For instance, when judging that a candidate meets the criteria, one does not usually write paragraphs explaining why.   By contrast when a candidate falls short, it is considered important to explain why the candidate did not meet the criteria. This process is akin to grading papers where professors place red marks by incorrect answers while allowing correct answers to go unmarked.

**Assessments Relied Heavily on Managers' Judgment**

44.     Referring to Ms. Caster's comments and Newco Hiring Management Communication, Dr. Goldberg criticizes the selection recommendations because managers relied heavily on their judgments.  She also quotes studies on performance appraisals (Again, selection decisions are very different from performance appraisals.) that show failure to define criteria and provide frames of reference results in biased judgments.

45.     Of course, the selections relied heavily on managers' judgments.  How could you possibly take judgment out of the process?  I might add that performance appraisals

also rely heavily on managers' judgment and if managers had referred to performance appraisals, they would still be relying heavily on managers' judgments.

46.     I would also repeat an earlier point that "biased judgments," should they occur, do not automatically mean that judgment errs in a way that consistently disadvantages employees.   The halo effect has as much a probability of being positive as it has of being negative, thus biased judgments could result in errs that advantage employees.

## Summary and Conclusions

47.     I conclude that the leadership team that was responsible for getting employees hired for the new company that became Spirit Aerosystems designed and executed a thorough and well planned process to provide the new company with workforce skills and traits that would provide the best chance of succeeding in a challenging and competitive venture.   There was no evidence of attempts, either intentionally or unintentionally, to discriminate against employees because of age.   In fact, communication and training expressly prohibited any decisions that violated the rights of protected classes of employees, including discrimination based on age.

48.     Although Dr. Goldberg concludes that the selection process (which she frequently referred to as an appraisal process) combined with what she interpreted to be an ageist climate were clearly indicative of age discrimination, I believe, based on the reasons provided in the body of this report, that Dr. Goldberg's conclusions are based on a flawed analysis.   Most of Dr. Goldberg's analysis selects items out of context and often confuses performance appraisal processes with employee selection processes.

49.     Ironically, Dr. Goldberg appears to have fallen prey to the very stereotypical biases that she posits to the managers who made the selections.   Stereotyping involves judging an individual on the basis of one's perception of images of a group to which the individual belongs.   When asked if she saw any evidence that the decision makers involved in this selection process viewed older workers as inflexible or untrainable, Dr. Goldberg's response was, "I've seen it in several studies." (Dr. Goldberg's deposition, p. 72)   Dr. Goldberg, at this point, appears to be judging managers involved in the selection process based on her perception drawn from studies where people viewed older workers as inflexible or untrainable.   This is classic stereotyping.

50.     To conclude that managers discriminated, either consciously or unconsciously, against employees because of their ages, one would have to believe there was a conspiracy among a group of educated and successful managers, human resource professionals and legal experts, to discriminate against older employees even while they

were surely going to be held accountable for launching a new company in a bold and highly risky venture.   It is just not credible to conclude that managers would purposefully, or unintentionally, exclude employees who were better suited to make the new company successful simply because they were older, while at the same time, selecting less capable employees simply because they were younger.  The only plausible motive for managers selecting the individuals they did was that they judged the individuals to better meet the seven selection criteria and thus were better prepared to make the new company successful.

*Gerald H Graham*

*04-07-09*

# Attachment A:  Resume

Name:      Gerald H. Graham
Address:   9626 SW River Valley Rd., Augusta, KS  67010
Phone:     (316) 706-8346 (cell); (316) 978-6889 (office)

## EDUCATION, EXPERIENCE AND HONORS
### *DEGREES*

Graduate Study at Louisiana State University, Baton Rouge, Louisiana, Leading to Doctor of Philosophy Degree in Management (1967).

Major area of study at Ph.D. level:  Organizational Behavior.

Minor fields at Ph.D. level:  Communication and Economic Theory.

### *ACADEMIC POSITIONS*

Wichita State University, R.P. Clinton Distinguished Professor of Management (Current)

Dean, W. Frank Barton School of Business, 1993-2000

Director, The Wichita State University's Center for Entrepreneurship, (1989-1992).

Chair, Department of Administration (1969-1976)

### *SELECTED NONACADEMIC POSITIONS*

President, Kansas Amateur Field Trial Club Association

Former Board Member, U. S. Restaurant Properties, Inc. (Publicly traded on NYSE)

Former Chairman, Board of Directors, Goodwill Industries/Easter Seal of Kansas

Former Board Member of United Way of the Plains

Former Board Member of Young Entrepreneurs of Kansas

Former State Telethon Chair person for Goodwill/ Easter Seal Telethon

### *CONSULTING*

Involvement in numerous consulting and training relationships with local and national firms.  I annually conduct between 150 to 200 leadership development sessions (3 to 6-hours each) for front-line, middle-level and senior management participants. Examples of subject matter:  Essentials of Leadership Skills, Transition to Management, Conflict and Problem Employees, Project Management Leadership and Communication, Influence without Authority, Managing from the Middle, How to Lead with Objectives and Metrics, Teamwork, Performance and Morale, How to Improve Trust and Communication, Partnering in Construction Projects, Strategic Negotiations.

### *SELECTED HONORS AND AWARDS*
- WSU Regent's Excellence in Teaching Award
- Barton School Teaching Award (multiple times)
- WSU Alumni Achievement Award
- Support Services Teacher of the Year
- Outstanding Service Award, WAMD
- Beta Gamma Sigma (Charter member of WSU chapter)

### PUBLICATIONS--*BOOKS*

Leaders Lead: How Effective Leaders Get It Done, (Wichita, KS: Institute for
Management Development), 2009. (Forthcoming)

The World of Business, (Reading, Massachusetts: Addison-Wesley Publishing Co.
February, 1985).

Understanding Human Relations, (Palo Alto, California: Science Research Associates),
1982.

Business: The Process of Enterprise, (Palo Alto, California: Science Research Associates
(A Division of IBM), 1977.

Management: The Individual, The Organization, The Process, (Belmont, California:
Wadsworth Publishing Co.), 1975.

### *SELECTED JOURNAL ARTICLES, PAPERS AND COLUMNS*

More than 500 newspaper columns published in every major newspaper in the U. S.
dealing with management and leadership issues. Columns and articles have been
quoted and reprinted in hundreds of other publications.

Graham, Gerald and Tom Lewis, "From Honeymoon to Commitment," Internal Auditor,
October, 2005.

Graham, Gerald, "Management Dilemmas," a DVD publication of 12 interactive
cassettes made available on the Center for Management Development website,
2004.

Graham, Gerald and Nancy Bereman, "The Frequency and Impact of Recognition
Practices on Public Sector Managers," paper presented at the International
Academy of Business and Public Administration Disciplines, January, 2004.

Graham, Gerald and Thomas Lewis, "7 Tips for Effective Listening," Internal
Auditor, August, 2003.

Graham, Gerald, Jeanne Unruh and Paul Jennings, "Substance Abuse", The Journal of
Business Communication, September, 1992

Graham, Gerald, Jeanne Unruh and Paul Jennings, "The Impact of Nonverbal
Communication in the Business World: A Survey of Perceptions, The Journal of
Business Communication, Vol. 28, No. 1, Winter, 1991.

15

Graham, Gerald and Jeanne Unruh, "The Motivational Impact of Nonfinancial Employee Appreciation Practices on Medical Technologists", The Health Care Supervisor, Vol. 8, No. 3, April, 1990.

Graham, Gerald and Jeanne Unruh, 23 articles on management for Outside Business, September, 1988-April, 1991.

Graham, Gerald and Tom Lewis, "How to Implement Technological Change," New Accountant, Vol. 4, No. 3, November, 1988.

Graham, Gerald and Jeanne Unruh, "The Motivational Impact of Nonfinancial Employee Appreciation Practices on Medical Technologists," PROCEEDINGS OF THE 1987 ANNUAL NATIONAL CONFERENCE, The Council on Employee Responsibilities and Rights, Oct.  15-16, 1987, pp.  309-315.

Graham, Gerald, Donald Hackett, and Nancy Bereman, "An Evaluation of the Motivational Impact of Appreciation Practices on Female Office Workers," paper presented at the National Academy of Management Meetings, New Orleans, August, 1987.  (USA TODAY briefly described the study in an article.)

Lewis, Tom D. and Gerald Graham, "Six Ways to Improve Your Communication Skills," THE INTERNAL AUDITOR, Journal of the institute of Internal Auditors.

Graham, Gerald, Gerrard Carvalho, and Margaret Ann Gray, "An Evaluation o Telecourse Delivery of a Basic Management Class:  A Comparison of Performances and Attitudes with Day and Evening Students," a paper presented at The Academy at Academy of Management National Meeting, Chicago, August, 1986.

Graham, Gerald and Jeanne Unruh, "Successful Managers Reveal Their 'Secrets'  for Inspiring Employees to be the Best," Business and Economic Report, Vol.  XVI, No. 3, September, 1986.

Graham, Gerald and Margaret Ann Gray, "Effective Management Skills for Women (and Men)," Business and Economic Report, March, 1985.

Graham, Gerald and Tom Lewis, "Recruiting Correlates," An Analysis of Candidate Characteristics," a paper presented at Midwest Business Association, 1983, Chicago.

Graham, Gerald and Tom Lewis, "What the Academic Advisor Needs to Know About Job Placement," Journal of Accounting Education, Fall, 1983.

Graham, Gerald, "A Common Sense Program for Motivating Your Staff," The Practical Accountant, April, 1982.

Graham, Gerald, "Tested Time Management Techniques," The Cooperative Account, XXXII, (Winter, 1979), pp. 55-61

Graham, Gerald, Panel Member of "Drugs in Industry," a regional conference of American Association for Personnel Administration, Biloxi, Mississippi, Oct., 1982.

Graham, Gerald, "Effectiveness Criteria for Goal-Based and Systems-Based Organizational Models," a paper presented at the Southwest Division of the Academy of Management in San Antonio, March, 1972.

Graham, Gerald, "Interpersonal Attraction as A Basis of Informal Organization," Academy of Management Journal, 14 (Dec., 1971), pp. 482-496.

Graham, Gerald, "Development of the Role of Business Organizations in   Formulating Mental Hygiene Programs for their Employees," a paper presented at the Southern Management Association Meetings in Atlanta, November, 1970. Supported jointly by a grant from ASPA and The Wichita State University.

Graham, Gerald and Herbert G. Hicks, "Two Basic Models of Organizations:  A Critical Disparity in Organizational Analysis," The Southern Journal of Business, 5, (Oct., 1970), pp.  11-22.

Graham, Gerald, "Emotional Problems in Business," Personnel Administrator, July-August, 1970.

Graham, Gerald, "Comments on Assumptions Underlying Forces of Conflict Between the Individual and the Organization," Indian Administrative Management  Review, 2, (April-June), 1970.

Graham, Gerald and Vernon Nikkle, "Policy Guide on Mental Health Programs," Bulletin to Management, Bureau of National Affairs, (August, 1969), p.8.

Graham, Gerald, "Theories X and Y in the Teaching of Management," Collegiate News and Views, 22, (May, 1969), pp. 15-18.

Graham, Gerald, "Approaches to Organizational Goal Formation," Southern Journal of Business, 4 (May, 1969), pp. 1-12.

Graham, Gerald, "Improving Superior-Subordinate Relationships Through General Semantics," Public Personnel Review, 30 (January, 1969), pp. 26-32.

Graham, Gerald, "Letter Analysis:  A Technique to Improve Business Letter Writing, Journal of Business Education, ILIV (December, 1968), pp. 103-105.

Graham, Gerald, "Correlates of Perceived Importance of Organizational   Objectives," Academy of Management Journal, 11 (September, 1968), pp. 291-300.

Reprinted in Bernard M. Bass and Samuel D. Deep, Editors, Current Perspectives for Managing Organizations, (Englewood Cliffs:  Prentice-Hall, Inc., 1970)

Graham, Gerald, "Chain-Store Dynamics," Journal of Retailing, 43 (Summer, 1967), pp. 9-13 ff.

Graham, Gerald, "A Case for Teaching Consumer Credit," Louisiana Schools, SLIV, (February, 1967), pp. 15-16 ff.

17

Graham, Gerald, "Job Satisfaction," Personnel Journal, 45 (October, 1966), pp. 544-547.

Graham, Gerald, "Improving the Typist's Efficiency in Non-Typewriting Activities," Journal of Business Education, (December, 1965), pp. 107-109.

# Attachment B:

# Materials Considered In Preparation for Rendering Expert Opinion

## Pleadings and Deposition Transcripts

Third Amended Complaint 2008-06-12.pdf
Cassie Caster Deposition 2007-12-04 and 2007-12-05
Suzanne Scott Deposition 2007-12-06
Nigel Wright Deposition 2008-11-11
Jeff Turner Deposition 2008-12-05
Caren Goldberg Deposition 2009-03-06

## Apsley Deposition Exhibits 1-26

| | |
|---|---|
| 01 | Notice to Take Defendants' 30(b)(6) Depositions 2007-11-13 |
| 02 | Director Wawzysko Offers 2005-05-11 (DAP 001147-001149) |
| 03 | NewCo Hiring Management Communication regarding Selection Process 2005-02 (DAP 027452-027466) |
| 04 | Management Selection Process Training 2005-02-24 (DAP 003662-003677) |
| 05 | Work Statement Expectations 2005 (DAP 002664-002665) |
| 06 | Defendant Spirit's Answers to Plaintiffs' First Set of Certification Interrogatories 2007-06-01 |
| 07 | IAM Selective Hire excerpt-Change Summary 2005-05-11 (DAP 003992) |
| 08 | IAM Selective Hire excerpt-Target Number to Change 2005-05-11 (DAP 003993) |
| 09 | DST Reviews excerpt 2003-10-23 (DAP 200051-200054, 200057) |
| 10 | Spirit Hiring Recommendation Criteria 2005-02 (DAP 027468-027469) |
| 11 | Hiring Criteria Comparison-Correlation 2005-03 (DAP 002719) |
| 12 | Gossett Selection Spreadsheet excerpt 2005-03 (DAP 138613) |
| 13 | Selective Hiring Process Project Plan 2005-01 (DAP 002554-002556) |
| 14 | Selective Rehire Process 2005-02-24 (DAP 002633) |
| 15 | Key HRSS Dates-Selective Re-hire Process 2005-02 (DAP 002557-002559) |
| 16 | Legal Panel Review 2005-03 (DAP 003699) |
| 17 | Winn Selection Notebook for Oklahoma excerpt 2005-03 (HG 000011-000021) |
| 18 | Caster Email Transition Staffing-Hiring 2005-03-07 (DAP 002805) |
| 19 | Lloyd High Level Redeployment Final 2005-03-21 (DAP 075715-075716) |

20    Hiring Timeline 2004-08 and Key Human Resources Milestones 2005-01-22 (DAP 002723-002728)

21    Welsh Email regarding Triumph Information Request 2004-08-16 (DAP 031495-031498)

22    DST Review-People Strategy 2004-09-03 (DAP 200472)

23    Adverse Impact Analysis Overall-Age 2005-06-02 (DAP 020203-020204)

24    Adverse Impact Analysis Overall-Age 2005-06-03 (DAP 020199-020200)

25    Adverse Impact Analysis Age Key 2005-02 (SAP 216548)

26    Groups to Review after EEO Analysis 2005-03-14 (DAP 003895-003896)

## Caren Goldberg's Deposition Exhibits 1-14

01    Goldberg's Declaration in Sullivan v Brodsky

02    Goldberg Report in Apsley v Spirit including Curriculum Vitae

03    Email Exchange between Goldberg and Plaintiffs' Counsel Lawrence Williamson regarding documents to be produced by Goldberg

04    Goldberg Email to Lawrence Williamson 2008-08-01

05    Goldberg Notes regarding documents and billable hours

06    Goldberg Notes dated July 25

07    Email Exchange between Goldberg and Williamson regarding retaining Goldberg

08    Article – Work Attitudes and Decisions as a Function of Manager Age and Employee Age

09    Article – Age Discrimination in Personnel Decisions: A Reexamination

10    Goldberg Website Data

11    Third Amended Complaint Excerpts

12    Documents regarding the Selection Process (DAP 027452-027478)

13    Presentation regarding Retirement from Boeing (DAP 033636-033653)

14    Transition Information for Employees (DAP 075416-075428, DAP 003662-003677)

## Other Documents

Work Statement Expectations for Strategic Business Partners (DAP 002150-002152)
Examples of Selection Decision Notes (DAP 000088-000093, DAP 000005-000013, DAP 000384-000392, DAP 000317-000331, DAP 000888-000901, DAP 000928-000932, DAP 000956-000970, DAP 001260-001261, DAP 001305-001308, DAP 001429-001433, DAP 001617-001618, DAP 001746-001753, DAP 001905-001915)