# EXHIBIT 58

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS

PERRY APSLEY, et al.,              )
                                   )
              Plaintiffs,          )
                                   )
    vs.                            )  Case No. 05-1368-MLB
                                   )
THE BOEING COMPANY and             )
SPIRIT AEROSYSTEMS, INC.,          )
                                   )
              Defendants.          )
-----------------------------------
```

D E P O S I T I O N

The videotaped deposition of JAMES C. SHEPPARD, taken on behalf of the defendants, pursuant to the Federal Rules of Civil Procedure before Robin L. Steed, a Certified Shorthand Reporter of Kansas, at 1551 North Waterfront Parkway, Wichita, Sedgwick County, Kansas, on the 2nd day of October, 2008, at 9:33 a.m.

A P P E A R A N C E S

The plaintiffs appeared by their attorney, Mr. Uzo L. Ohaebosim of the Law Offices of Uzo L. Ohaebosim, 510 North Topeka, Wichita, Kansas 67214.

The defendants appeared by their

DEPOSITION SERVICES LLC
155 North Market, Suite 810
Wichita, KS  67202   316-264-7876

Page 142

1  Q  Then how did Boeing breach its agreement with the
2     union by terminating you?
3  A  Because I believe that they influenced the
4     decision of the new company as to the best way to
5     go about reducing the average age.
6  Q  And why do you believe that?
7  A  I think it had to do with the form that I can't
8     recall that had us disclose our -- our age, and we
9     were wondering why we had to disclose our age all
10    over again, why weren't they privileged to the
11    file.  And I think that we were told, and I'm not
12    positive, that -- that you had to fill out this
13    new form for the new company, that they couldn't
14    go get Boeing's file or something of that nature,
15    and that we had to fill it out for the new company
16    to review.  The age was part of the information
17    that needed to be disclosed.  This was -- again,
18    this was you were given an ultimatum as to whether
19    or not you filled it out.  So that I believe that
20    Boeing influenced -- made it possible for the --
21    the new company and guided them, they set the form
22    up and provided it to new company so that they
23    could -- the both of them could discriminate
24    against the --
25 Q  And what -- what provision of Boeing's Collective

Page 143

1     Bargaining Agreement with the -- with the IAM was
2     breached by doing that?
3  A  I'd have to look at the IAM contract.  But it says
4     that -- that you will lay off and rehire according
5     to seniority, based on seniority.
6  Q  If everyone that worked for Boeing was laid off,
7     didn't Boeing lay off according to seniority?
8  A  I think they did a -- they did a blanket layoff,
9     everybody.
10 Q  Doesn't that necessarily comply with seniority?
11 A  It doesn't if you're going to influence the
12    decision to the new company.
13 Q  When Spirit was making hiring offers or -- or made
14    a decision not to hire -- not to hire you, are you
15    claiming that they breached some portion of the
16    Collective Bargaining Agreement in -- in doing
17    that?
18 A  I think that they -- they breached the -- the age
19    discrimination statute and they discriminated
20    against me and others based on our age --
21 Q  I'm -- I'm referring to --
22 A  -- and also violated a contract, which we were not
23    under anymore because we were not even allowed to
24    vote.
25 Q  Okay.  Did Spirit have a contract with the IAM at

Page 144

1     that point?
2  A  I don't believe so.
3  Q  Okay.  Are you claiming that Spirit breached some
4     other agreement with the union in not making a job
5     offer to you?
6  A  That's kind of a gray area, because there was a --
7     a period to where you were laid off, you were not
8     employed for Boeing and you were not employed for
9     Spirit, but yet the folks that received an offer
10    for the new company were allowed to participate in
11    the IAM bargaining agreement contract and we were
12    not allowed to participate in that.  So we were
13    just left in limbo.
14 Q  If you were not going to get an offer from Spirit,
15    why do you think you should be voting on the
16    contract with Spirit?
17 A  We were still under contract with the IAM.  I was
18    still an IAM member, paying union dues every
19    month, and I was current, so I should have been
20    allowed to participate in the voting on that new
21    contract.
22 Q  Who was going to be covered by that contract?
23 A  All of the new employees for Spirit.
24 Q  So the individuals that were going to be working
25    for Spirit that were represented by IAM.

Page 145

1  A  I would assume, yes.
2  Q  Okay.  Were you part of that group?
3  A  I was not offered a job there, no.
4  Q  Then why do you think you should have been allowed
5     to vote?
6  A  Because I was still under the contract with the
7     IAM, I was still a union member.  I should have
8     been allowed to vote on the contract because I was
9     still a member.  Allow me to vote on it, then if
10    you don't want to offer me a job, that's two
11    separate things.  But at least I still had the
12    right to vote on a contract, I was still a union
13    member.
14 Q  And the contract you're referring to was the
15    contract between Boeing and the union?
16 A  It would have been with Spirit and the union.
17    They were going to form a new union is my
18    understanding.
19 Q  I'm sorry, my -- my question wasn't clear.  The
20    contract that you're talking about still being
21    under --
22 A  Correct.
23 Q  -- was the contract between Boeing and the IAM.
24 A  Right.
25 Q  Okay.  The contract -- that wasn't the contract

Page 154

1  A  I would think so.
2  Q  Mr. Sheppard, what are you seeking from this
3     lawsuit?
4  A  I'm seeking to be made whole, to recuperate what
5     I've lost or what I would have earned had I
6     continued to work with The Boeing Company or the
7     new company.
8  Q  Have you -- have you put a dollar amount on that?
9  A  No, I haven't put a dollar amount. I haven't set
10    down to -- to run a dollar amount on that, figure
11    it up.
12 Q  How -- how could you calculate it?
13 A  I could calculate all of the VIP that I would have
14    earned had I worked until I was the age of
15    sixty-seven, which is what the wife and I
16    discussed as a tentative age for me to retire,
17    calculate my earnings that I would have earned.
18 Q  What is VIP?
19 A  It's a Voluntary Investment Plan that is a joint
20    program between The Boeing Company and the
21    employees. For every dollar that you place into
22    your VIP retirement program, Boeing would match it
23    50 cents on the dollar.
24 Q  Had you regularly contributed to VIP when you were
25    a Boeing employee?

Page 155

1  A  Yes, yes. I think I was up to 12 percent, I
2     believe. 8 -- 8 or 12, I don't recollect which
3     one at this time. But subsequently, after being
4     not offered a job, I've had to -- to deplete that
5     VIP savings that I had, so --
6  Q  Do you know if employees that went to work for
7     Spirit have a VIP plan?
8  A  I believe they have something that's similar to
9     that, yes. I don't know if it's called a VIP, but
10    I'm -- I think it's some sort of a joint program
11    that's similar to the VIP program.
12 Q  Do you have any documents you would reference to
13    to support how you would calculate your damages?
14 A  I don't have any documents to -- to do that, no, I
15    don't. No, I would just have to set down and run
16    the numbers and figure out what I would have
17    earned. And I know that the -- the last full year
18    that I'd worked with The Boeing Company I think I
19    work -- I earned approximately 80 to 90,000 a
20    year. So I would have to calculate that out until
21    the age of sixty-seven and calculate what the VIP
22    would have been based on my past contributions.
23 Q  Now do you know that's the salary that you would
24    have earned had you been hired by Spirit?
25 A  I don't know what I'd earned. It may have been

Page 156

1     more, it may have been less. I'm not real sure on
2     that. I just can only base it on the -- the --
3     the amount that I earned while I was at Boeing.
4  Q  Would the -- would the more appropriate
5     determination be based on what you would have
6     earned with Spirit?
7  A  I suppose so.
8  Q  Okay. Are you claiming any damages for emotional
9     distress or pain and suffering or the like?
10 A  No, I'm not at this time. I'm not filing any
11    claims on that, although I have -- myself and the
12    family have endured quite a bit.
13 Q  Okay. Have you consulted with any health care
14    professionals about emotional conditions that you
15    believe to be related to the facts and
16    circumstances surrounding this case?
17 A  No, I haven't. I've probably been told by some of
18    my family members that maybe I should, but I just
19    kind of muddle through it.
20 Q  Have you experienced any marital problems as a
21    result of this?
22 A  Oh, we're able to weather the storm. Been around
23    for a while.
24 Q  Yeah, thirty-two years. Do you claim to have any
25    specific financial problems that you would

Page 157

1     attribute to the -- the circumstances --
2  A  Yes, I have some --
3  Q  -- at issue in this case?
4  A  I have financial problems as a result of that,
5     yes. I had -- I had purchased 10 acres just --
6     just probably a year prior to my termination.
7     Wife and I had always wanted a farm, so we bought
8     10 acres, and I've subsequently had to sell the
9     farm to my daughter and son-in-law and the wife
10    and I have -- I've converted a grain storage
11    building and made it a new home for us, so --
12 Q  Did you default on the loan for that 10 acres or
13    were you able to -- to sell it before you were in
14    default?
15 A  It -- it -- it's not officially been sold to my
16    daughter and -- and son-in-law but they assist in
17    the monthly mortgage.
18 Q  Have you ever defaulted on a loan as a result
19    of -- since June of 2005 have you defaulted on any
20    loans?
21 A  I don't believe that we have since then. I don't
22    believe that we've defaulted on any. I -- I --
23    yes, I -- I'm sorry, I think maybe I did. I -- I
24    had a -- a nice vehicle that I -- I had to sell as
25    a result of that. And yes, we have, we have

Page 158

1  filed. Now that I recollect, we actually had to
2  file a bankrupt. So I filed a bankruptcy and --
3  and was able to retain the home and -- and one of
4  the vehicles.
5  Q  When did you file bankruptcy?
6  A  I'd have to look at the date. I'm not sure of the
7  date.
8  Q  Has it been since the termination from --
9  A  Yes, it has.
10 Q  -- Boeing? Where did you file that?
11 A  Filed it in Wichita.
12 Q  Federal court here in Wichita?
13 A  Yes. So I've lost a -- I lost a car and I think
14    we had to take some credit cards. And I'd just
15    have to go through the list and -- and find out
16    what all that we had to include in the bankruptcy
17    as a result of being terminated.
18 Q  Okay. Are you seeking any compensatory damages in
19    this case relating to --
20 A  Could you define "compensatory"? I'm not sure
21    I --
22 Q  Damages for anything other than your loss of
23    income.
24 A  No.
25 Q  So the only damages that you're seeking are to be

Page 159

1  made whole from the -- the lost salary and
2  benefits.
3  A  Package, correct.
4  Q  Package, okay.
5  A  Yes.
6  Q  Okay. Do you believe that anyone at Boeing has
7  engaged in conduct, excuse me, that would warrant
8  some type of punishment?
9  A  I think someone needs to pay. I don't know who it
10    would be.
11 Q  I don't mean pay the damages, I mean are there
12    individual people or Boeing as a whole that should
13    be punished beyond just making you whole for what
14    you have alleged to have lost.
15 A  I don't know how I would go about that, that's --
16    no. I would say at this time, no.
17 Q  Same question. You believe anybody at Spirit, or
18    Spirit as an entity, should be punished for its
19    decision to not hire you and others beyond what
20    you might be entitled to or receive in -- in wages
21    and back wages?
22 A  Okay, no.
23 Q  Okay. So you're not seeking any amount of
24    punitive damages in this case then.
25 A  Not at this time, no.

Page 160

1  Q  Okay. You mentioned the VIP. Are there any other
2    benefits that you claim to have lost as a result
3    of --
4  A  Well, I would have lost my increased retirement
5    benefits. For every year that you're employed,
6    you get a -- a few more dollars per month when you
7    do retire. So I've lost that.
8  Q  Have you attempted to calculate what that amount
9    is?
10 A  I haven't calculated it, no.
11 Q  Okay. How would you calculate it?
12 A  I would have to go with the -- with the contract
13    and -- and multiply that by the number of years or
14    months that it would have been and -- years until
15    I would have reached the age of sixty-seven.
16 Q  So whatever the contract and benefit plan provide
17    is what you would --
18 A  That's what I would have lost, along with the VIP
19    contribution, along with the annual salary.
20 Q  Salary, VIP, retirement. Anything else?
21 A  Not that I know of.
22 Q  Okay. Are you seeking any other relief in this
23    case?
24 A  No. Other than monetary? No.
25 Q  Okay. Are you seeking any type of injunctive

Page 161

1  relief?
2  A  You'll have to explain that.
3  Q  Injunctive relief would be an -- an order from the
4    Court commanding Spirit or Boeing to take certain
5    actions other than paying you the amount that
6    you've lost.
7  A  No.
8  Q  If I understand your prior testimony correctly,
9    you have been receiving monies from Boeing benefit
10    plans since the termination?
11 A  Yes, that started when I turned age fifty-five.
12 Q  That was from the retirement plan?
13 A  Yes.
14 Q  Have you been making withdrawals from the VIP
15    plan?
16 A  I -- it's been depleted.
17 Q  Depleted, okay. So it -- it's -- it's zero
18    balance now?
19 A  Correct.
20 Q  Okay. And I believe you -- you testified you are
21    receiving retiree medical coverage?
22 A  Under the plan, yes.
23 Q  Under the plan? Okay.
24 A  Yes. I qualified for that when I took early --
25    elected to take early retirement. And by taking