# CERTIFICATION EXHIBIT LIST

| Exhibit No. | Bates Number | |
|---|---|---|
| 1 | DAP 27452 | Publicly Filed Without Redaction |
| 2 | DAP 3699 | Publicly Filed Without Redaction |
| 3 | DAP 201804 | Publicly Filed Without Redaction |
| 4 | DAP 3863 | Publicly Filed Without Redaction |
| 5 | DAP 2664-65 | Publicly Filed Without Redaction |
| 6 | DAP 2719 | Publicly Filed Without Redaction |
| 7 | DAP204061 | Publicly Filed Without Redaction |
| 8 | BAP 620538 | Publicly Filed Without Redaction |
| 9 | BAP 609196 | To be Filed Redacted |
| 10 | Rogs 1 | Publicly Filed Without Redaction |
| 11 | BAP 620583 | Publicly Filed Without Redaction |
| 12 | DAP 18947 | Publicly Filed Without Redaction |
| 13 | DAP 050292-93 | Publicly Filed Without Redaction |
| 14 | SAP210949 | To be Filed Redacted |
| 15 | DAP 205238 | Publicly Filed Without Redaction |
| 16 | DAP 202954 | Publicly Filed Without Redaction |
| 17 | BAP 610455 | Publicly Filed Without Redaction |
| 18 | BAP 609959 | To be Filed Redacted |
| 19 | BAP 609118 | Publicly Filed Without Redaction |
| 20 | DAP001149 | Publicly Filed Without Redaction |
| 21 | BAP 621370 | To be sealed |
| 22 | DAP 027456 | Publicly Filed Without Redaction |
| 23 | SAP 207562 | To be sealed |
| 24 | DAP 201820 | Publicly Filed Without Redaction |
| 25 | DAP 658839 | Publicly Filed Without Redaction |

# CERTIFICATION EXHIBIT LIST

| | | |
|---|---|---|
| 26 | BAP 608973 | To be Filed Redacted |
| 27 | BAP 608713 | Publicly Filed Without Redaction |
| 28 | BAP 608722 | To be Filed Redacted |
| 29 | BAP 608775 | Publicly Filed Without Redaction |
| 30 | BAP 607877 | Publicly Filed Without Redaction |
| 31 | BAP 621226 | To be sealed |
| 32 | SAP216548, DAP 020203, DA | Publicly Filed Without Redaction |
| 33 | DAP3993 | Publicly Filed Without Redaction |
| 34 | DAP 200238 | Publicly Filed Without Redaction |
| 35 | DAP 200051 | To be sealed |
| 36 | DAP 200259 | Publicly Filed Without Redaction |
| 37 | DAP 034449 | Publicly Filed Without Redaction |
| 38 | DAP 034532 | Publicly Filed Without Redaction |
| 39 | DAP 122048 | Publicly Filed Without Redaction |
| 40 | DAP 204433 | Publicly Filed Without Redaction |
| 41 | DAP 200246 | Publicly Filed Without Redaction |
| 42 | DAP 205985 | To be sealed |
| 43 | BAP 640238 | Publicly Filed Without Redaction |
| 44 | BAP 658931 | Publicly Filed Without Redaction |
| 45 | BAP 658958 | To be Filed Redacted |
| 46 | DAP 205910 | Publicly Filed Without Redaction |
| 47 | MRC 002556 | Publicly Filed Without Redaction |
| 48 | DAP 142719 | Publicly Filed Without Redaction |
| 49 | MRC 002366 | Publicly Filed Without Redaction |
| 50 | BAP 620021 | Publicly Filed Without Redaction |

# CERTIFICATION EXHIBIT LIST

| | | |
|---|---|---|
| 51 | BAP 658285 | Withdrawn |
| 52 | SAP 220014 | Publicly Filed Without Redaction |
| 53 | BAP 621370 | To be sealed |
| 54 | 6.1.07 Def Rog Answers | Publicly Filed Without Redaction |
| 55 | SAP 231235 | Publicly Filed Without Redaction |
| 56 | SAP 231221-22 | Publicly Filed Without Redaction |
| 57 | SAP 220135 | Publicly Filed Without Redaction |
| 58 | SAP 236381 | Publicly Filed Without Redaction |
| 59 | SAP 231475 | Publicly Filed Without Redaction |
| 60 | SAP 231469-70 | Publicly Filed Without Redaction |
| 61 | SAP 231489-91 | Publicly Filed Without Redaction |
| 62 | SAP 212317 | Publicly Filed Without Redaction |
| 63 | SAP 231683 | Publicly Filed Without Redaction |
| 64 | SAP 231506 | Publicly Filed Without Redaction |
| 65 | SAP 231529 | Publicly Filed Without Redaction |
| 66 | DAP 43306 | Publicly Filed Without Redaction |
| 67 | DAP205342 | Publicly Filed Without Redaction |
| 68 | DAP004310 | Publicly Filed Without Redaction |
| 69 | BAP 610460 | Withdrawn |
| 70 | BAP 621227 | Publicly Filed Without Redaction |
| 71 | Letter | Publicly Filed Without Redaction |
| 72 | BAKER00001 | Publicly Filed Without Redaction |
| 73 | Caster Deposition | Publicly Filed Without Redaction |
| 74 | Turner Deposition | Publicly Filed Without Redaction |
| 75 | Scott Deposition | Publicly Filed Without Redaction |

# CERTIFICATION EXHIBIT LIST

| | | |
|---|---|---|
| 76 | Goldberg Report | Publicly Filed Without Redaction |
| 77 | Goldberg Rebuttal | Publicly Filed Without Redaction |
| 78 | Mann Report | Publicly Filed Without Redaction |
| 79 | Mann Rebuttal | Publicly Filed Without Redaction |
| 80 | Ackerman Deposition | Publicly Filed Without Redaction |
| 81 | SAP 230537 | Publicly Filed Without Redaction |
| 82 | BAP 625638 | Publicly Filed Without Redaction |
| 83 | Hannon Deposition | Publicly Filed Without Redaction |
| 84 | Melvin Pugh Declaration | Publicly Filed Without Redaction |
| 85 | Larry Johnson Declaration | Publicly Filed Without Redaction |
| 86 | Frank Cash Declaration | Publicly Filed Without Redaction |
| 87 | Jacob Bakk Declaration | Publicly Filed Without Redaction |
| 88 | Brent Pyles Declaration | Publicly Filed Without Redaction |
| 89 | James Sheppard Declaration | Publicly Filed Without Redaction |
| 90 | Charles Stone Declaration | Publicly Filed Without Redaction |
| 91 | Michael Fortney Declaration | Publicly Filed Without Redaction |
| 92 | Jay Powell Declaration | Publicly Filed Without Redaction |
| 93 | Perry Apsley Declaration | Publicly Filed Without Redaction |
| 94 | Wilbert Kelly Declaration | Publicly Filed Without Redaction |
| 95 | Richard Lamar Declaration | Publicly Filed Without Redaction |
| 96 | Robert Thomas Declaration | Publicly Filed Without Redaction |
| 97 | Sammie Proctor Declaration | Publicly Filed Without Redaction |
| 98 | David Halderman Declaration | Publicly Filed Without Redaction |
| 99 | Stephen Dietrich Declaration | Publicly Filed Without Redaction |
| 100 | Stephen Wilkinson Declaration | Publicly Filed Without Redaction |

# CERTIFICATION EXHIBIT LIST

| | | |
|---|---|---|
| 101 | Olivia Housley Declaration | Publicly Filed Without Redaction |
| 102 | Max Oaks Declaration | Publicly Filed Without Redaction |
| 103 | Charles Stark Declaration | Publicly Filed Without Redaction |
| 104 | Chip Gilchrist Declaration | Publicly Filed Without Redaction |
| 105 | Bob Bailey Declaration | Publicly Filed Without Redaction |
| 106 | Billie Callaway Declaration | Publicly Filed Without Redaction |
| 107 | Clayton Branck Declaration | Publicly Filed Without Redaction |
| 108 | Debra Smith Declaration | Publicly Filed Without Redaction |
| 109 | Dane C. Lea Declaration | Publicly Filed Without Redaction |
| 110 | Joseph Schroeder Declaration | Publicly Filed Without Redaction |
| 111 | Kimberly Kerby Declaration | Publicly Filed Without Redaction |
| 112 | Marth Findley Declaration | Publicly Filed Without Redaction |
| 113 | Sue Roth-Lillian Declaration | Publicly Filed Without Redaction |
| 114 | Richard Thomas Declaration | Publicly Filed Without Redaction |
| 115 | Verna Houston Declaration | Publicly Filed Without Redaction |
| 116 | Sharron James Declaration | Publicly Filed Without Redaction |
| 117 | Melvin Kerns Declaration | Publicly Filed Without Redaction |
| 118 | Jack Noll Declaration | Publicly Filed Without Redaction |
| 119 | Kent Owen Declaration | Publicly Filed Without Redaction |
| 120 | Brad Bonesteel Declaration | Publicly Filed Without Redaction |
| 121 | Larry Combs Declaration | Publicly Filed Without Redaction |
| 122 | Richard Ziegler Declaration | Publicly Filed Without Redaction |
| 123 | Richard Roeder Declaration | Publicly Filed Without Redaction |
| 124 | Michael Saindon Declaration | Publicly Filed Without Redaction |

## CERTIFICATION EXHIBIT LIST

| | | |
|---|---|---|
| 125 | Steven Schwind Declaration | Publicly Filed Without Redaction |
| 126 | Patrick Shay Declaration | Publicly Filed Without Redaction |
| 127 | Sylvestor Williams Declaration | Publicly Filed Without Redaction |
| 128 | Betty Young Declaration | Publicly Filed Without Redaction |
| | | |