# EXHIBIT 76

## EXPERT REPORT OF CAREN B. GOLDBERG, PH.D.

1.      I have been asked by Attorney Williamson to provide expert testimony in the matter of Perry Apsley, et al. vs. The Boeing Company, The Onex Corporation, and Spirit Aerosystems (Case No. 05-1368-MLB-KMH). The matter concerns allegations about the selective rehire process, which was conceived of and administered by the respondents. My testimony is based on my extensive knowledge of the field of Human Resource Management. A summary of my qualifications and anticipated testimony follows.

### SUMMARY OF QUALIFICATIONS AND EXPERIENCE

2.      I have been a faculty member in the Management Department at the Kogod School of Business at American University for three years. Prior to joining American University, I was on the faculty at George Washington University for nine years, two of which I served as the Program Director for Human Resources. For over a decade, I have taught undergraduate, masters and doctoral level courses in Human Resource Management, Organizational Behavior, and Research Design. Discrimination is a topic which I have covered in my undergraduate and masters level Introduction to Human Resource courses, my undergraduate Cases and Exercises in Human Resource Management courses, my masters level Human Resources/Organizational Behavior survey courses, my masters level Performance Management and Development courses, and my Ph.D. Seminar in Human Resource Management. In addition, I have covered the topic of discrimination in several off-campus Accelerated MBA and Executive MBA courses that I've taught, as well as in training modules that I have designed and delivered for the Center for Excellence in Public Leadership and the Council of Governments.

3.      I have written more than 50 articles for peer-reviewed journals and conferences, over 20 of which have focused partly or completely on decisions about older workers.  I have also authored three invited book chapters, two of which addressed age discrimination.  My doctoral dissertation explored the impact of age stereotypes on applicant assessments.  My research has been published in *Journal of Applied Psychology, Human Resource Management, Group and Organization Management, Journal of Organizational Behavior, Psychology of Women Quarterly, Academy of Management Best Paper Proceedings, Sex Roles, Assessment, Journal of Business Research, Representative Research in Social Psychology, Journal of Career Planning and Development, Business Journal of Hispanic Research,* and *Journal of Managerial Psychology*.  I have also conducted several media interviews, including a *Dateline, NBC* story on age discrimination.

4.      I have engaged in a variety of important leadership roles in my profession, including a three-year term as an Associate Editor of *Group and Organization Management*, an editorial board member of *Group and Organization Management, Human Resource Management*, and *Journal of Management*, and Track Chair for the Human Resource Division of the Southern Management Association.

5.      I received my B.A. degree in Psychology from the State University of New York at Stony Brook in 1987, my M.B.A. degree from the State University of New York at Binghamton in 1990, and my Ph.D. degree in Management from Georgia State University in 1997.

6.      From 1988 to 1989, I worked in the compensation department at United Health Services.

7.    In February, 2008 I provided expert testimony in an age discrimination case.

8.    Attached to this report is a current copy of my *curriculum vita*, which contains a more detailed description of my professional background, including a list of my publications.

## SUMMARY OF EXPERT OPINION

9.    The defendants were attempting to reduce the age of the workforce through the selective rehire process.  As noted in his deposition in several places, Mr. Turner had several concerns about the age of the workforce and felt that "as the average age of the work force continually increases, it's a symptom that the business is not healthy (161). Further, in her sworn testimony (p. 133), Ms. Scott admitted that the EEO Job Report indicated that the selective rehire process adversely impacted Boeing employees who were over 40.  Yet, despite the results of the impact analysis, Ms. Scott confessed (p. 137) that she did not take any steps to change those results.

Not only did the selective rehire result in adverse impact, the subjectivity in the process, to which Mr. Turner openly admitted (p. 156) provided fertile ground for bias. First, the criteria, themselves, were ill-defined and subject to a myriad of possible interpretations.  For example, two managers may observe the same employee and arrive at completely different conclusions as to that employee's Teamwork/Attitude.  Second, many of the criteria were unobservable and/or poorly suited to the employee population at Boeing.  In particular, because many employees were unionized, the scope of their jobs was dictated by the union contract, thereby limiting the extent to which they could have exhibited "an ability or willingness to work outside of their job," as specified by the Skills criterion, even if they were so inclined.  Third, managers were not given any

direction on how to combine or weight the seven criteria.  Consequently, some managers may have based their assessment primarily on Quality, whereas other managers may have based their assessment primarily on Productivity.  Fourth, both Ms. Scott (p. 64) and Ms. Caster (p. 179) concede that prior evaluations were not utilized in the selective rehire process; consequently, managers were charged with the task of assessing employees, based solely on memory.  In light of the research indicating that memory-based appraisals are prone to bias, such a process is incapable of yielding accurate results (Woehr, 1992).  Fifth, by Ms. Caster's own admission (pp. 80, 159) and as indicated in the Post-APA Newco Hiring Management Communication, the assessments relied heavily on managers' judgment.  Judgments are inherently flawed and there is abundant evidence in the literature on performance appraisals (c.f., Campbell, Campbell, & Chia, 1998; Woehr & Huffcutt, 1994) that failure to clearly define criteria and failure to provide frames of reference for evaluating employees, results in biased judgments.

In addition to the excessive subjectivity of the initial 85/15 round of decisions, this process made it virtually impossible for Boeing to determine who the best of the rejected employees were in any rational manner, when Nigel Wright asked them to rehire 500 of the employees who were initially uninvited in the 85/15 round.  Further, unlike the first round, in which managers were specifically told to refrain from making assessments on each of the seven criteria individually, Ms. Caster notes (p. 124) in the second round, the rules were to focus only on the Skills criterion, "let's break that criteria down and concentrate on just the one."  The result is that two entirely different processes were used in the first and second rounds.

The adverse impact occurred in a climate of age-based animus.  The claim contains numerous quotes that plaintiffs reported being made by managers, such as, "If I were you and your age I would retire," "that's what happens when you get old … you can't move as fast," "these younger folks are much better on the computer than the older folks," "young people will come and the older people will go," "this is for the younger people to do the work now," and "Boeing needs to be competitive with an aging older workforce.  Younger people are stronger and faster."  Negative decisions regarding older workers is more likely in climates in which managers freely express ageist remarks such as these (Perry & Finkelstein, 1999).

## MATERIALS CONSIDERED

10.     The documents that I considered in forming my opinions include the complaint filed on behalf of the putative class members, the deposition transcripts of Suzanne Scott and Cassandra Caster, and the following exhibit pages:  DAP 27452 - 27478; DAP 27494 – 27505; DAP 917 – 941; DAP 2370 – 2372; DAP 3699; DAP 27487 – 27491; DAP 18937 – 18971; DAP 136035 – 136046; SAP 211372 – 211377; BAP 672096 - 672100. Additionally, I have also cited academic articles that I have considered, a list of which appears at the end of this report.

## COMPENSATION

11.     For my time working on this case, I am being paid $300 per hour.

## EVIDENCE OF ADVERSE IMPACT
## AGAINST OLDER EMPLOYEES

12.     In her deposition, Suzanne Scott states that a standard deviation of plus or minus two is indicative of a significant disparity.  Her transcript further reveals that the EEO Job

Report indicated that the standard deviation was -5.56 in regards to individuals over the age of 40.  After a great deal of hedging, on page 133, Ms. Scott finally admits, "It – it does say in the Significant Disparity column there's a 'yes'."  Further, when asked why no action was taken after the company determined that there was adverse impact against older workers, Ms. Scott replied, "such a small percent of our workforce is under 40, you know, there is – there is no reason to question this."  However, adverse impact analyses are a function of *proportions*; thus, the absolute number or older versus younger workers is irrelevant.  As the EEO Report speaks for itself, the focus of my report is on the subjectivity and inherent bias in the process by which employees were evaluated for potential rehire at the newly formed organization and on how the organizational climate supported age discrimination.

## IMPLICIT BIAS TOWARD OLDER PERSONS

13.     Several studies show that people have more negative perceptions of older people than of younger people (Levy, & Banaji, 2002).  This type of implicit bias is likely to negatively affect older workers, even when there is no intent to do so.  However, in the current case, Mr. Turner openly admitted in his testimony, that he was concerned about the age of the Boeing workforce and the associated payroll and benefits costs and had been for several years prior to the divestiture.

Legal scholars (Lee, 2005) have noted that implicit negative associations that individuals have are more likely to result in stereotypes, and consequently, discrimination, when the criteria for decision-making are subjective and when the group to which the person belongs (in this case, older workers) is seen as not fitting with the demands of the job (in this case, flexibility and trainability).  I discuss these below.

## THE PROCESS USED TO DETERMINE WHICH EMPLOYEES
## WOULD BE REHIRED WAS EXCESSIVELY SUBJECTIVE

14.     The process used to determine which Boeing employees would be selectively rehired into the new organization was fraught with subjectivity.  Indeed, Mr. Turner admits, "I think there was subjective elements to it, sure."  Researchers have questioned the reliability and validity of managerial assessments of employee performance for decades (Latham & Wexley, 1981; Longnecker, Gioa, & Sims, 1987; Pearlman, Schmidt, & Hunter, 1980), because such managers' judgments suffer from subjectivity, personal bias, deliberate distortion, and various other intentional and unintentional rating errors (Campbell, Campbell, & Chia, 1998).  Below, I outline the most notable flaws with the process used at Boeing.

   **a.)  The seven criteria were very poorly defined and subject to an infinite number of possible interpretations**.  The literature on rater errors makes very clear that failure to provide adequate frames of reference for rating criteria results decreased accuracy in observation, decreased accuracy in rating, and increased halo error (the tendency for performance on one criterion to impact raters' assessments of the individual on other unrelated criteria).   Based on the descriptions of the criteria provided in the Post APA – Newco Hiring Management Communication, I demonstrate how the poor definitions of the criteria can result in very different judgments about the same employee.

   • "Skills" is defined as "knowledge/flexibility/ability."  An employee who has extensive knowledge of his/her job function, but no knowledge of any other functions could easily be viewed as outstanding, because of his/her superior

8

knowledge.  Conversely, this employee could be viewed as unacceptable, because of his/her lack of knowledge of other functions.

- "Productivity" includes productivity and effective use of time, reliable attendance, focused on task at hand, and completion of work on time.  An employee with spotty attendance who completes his/her work may be judged to be highly productive because s/he completes work on time, or highly unproductive because of his/her poor attendance.

- "Quality" is defined as "producing a product to specifications, accountable for their own production, take appropriate corrective action on all found non-conformance items, learn and make adjustments from their mistakes, willing to help and teach others."  An employee who produces to specifications but lacks mentoring skills may be judged to be high on this criterion because of the attention s/he pays to producing according to specifications.  Alternatively, his/her inability to mentor others may result in a very low assessment on the quality criterion.  Further, it assumes that every employee will have found non-conformance items and will have made mistakes.  If s/he has made no mistakes, s/he can't make adjustments for them.

- "Teamwork/Attitude" is defined as "treat others with dignity and trust, demonstrate integrity, communicate effectively, does their fair share of less desirable tasks, receptive to changes in support of company initiatives."  An employee who communicates effectively, but doesn't do many less desirable tasks could just as easily be judged outstanding or unacceptable, depending on how the manager interprets the criterion.  Moreover, the descriptors, themselves, are

subject to multiple interpretations in terms of what it means to treat others with dignity and trust (not lying versus addressing people as "sir" or "ma'am"), to communicate effectively (public speaking skills versus listening to what others have to say), etc..

- "Safe Work Practices" is somewhat better defined ("utilizes appropriate personal protective equipment, obeys safety rules and policies, follows reporting requirements"), but even with this criterion, it is reasonable to expect that some employees may use appropriate protective equipment, yet fail to follow reporting requirements. In addition, this criterion lacks an anchor of frequency or recency. For example, what of an employee who had safety violations several years ago, but has been incident-free since? What of an employee whose only violation in a ten-year employment history was last month?

- "Lean" is described as "ability to recognize and eliminate waste, support established standard work processes, active participation in Kaizen/continuous improvement initiatives, demonstrates an interest in efficiency through active involvement with the lean concept." An employee who does his/her part to eliminate waste, but refuses to participate in continuous improvement initiatives could be judged to be outstanding because of his/her waste elimination or unacceptable because of his/her unwillingness to participate in continuous improvement initiatives. Further, it is very unclear as to what it means to be actively involved with the lean concept.

- "Corrective Action" refers to "What is the employee's history with regard to corrective action? Corrective action includes, but is not limited to documented

warnings, corrective action memos, suspensions, documented performance plans, quality memos, documented last chance performance plans, and safety violations." As with the Safe Work Practices criterion the lack of reference to frequency and recency make this criterion open to interpretation by managers. Further, one of the descriptors, safety violations, is already part of the Safe Work Practices criterion.

**b.) Many of the criteria were unobservable and/or poorly suited to the employee population at Boeing**. Despite the fact that Ms. Caster (pp. 21-22) faults Boeing's culture for siloing employees, not challenging employees to learn new things, and creating inefficiencies, these are the very bases for which employees were to be evaluated in terms of Skills and Lean. If Boeing's culture created an environment in which people couldn't exhibit flexibility, learning new skills, taking on new challenges, and reaching out for real risk targets, managers could not be in a position to observe these characteristics in their employees. Further, as Mr. Williamson noted in Ms. Caster's deposition, the collective bargaining agreement dictated job functions in such a way that would have limited the extent to which employees could have exhibited "an ability or willingness to work outside of their job," even if they were so inclined.

Beginning on page 112 of his deposition, Mr. Turner stated that the critical attributes for the new workforce are "the ability to learn and adapt; the willingness to do that." Indeed, Mr. Turner, himself, provides an example of participation in voluntary training as a tangible, observable means of assessing employees' desire and ability to learn. However, when asked if he had instructed anyone to review training

records as part of the selective rehire process, Mr. Turner concedes that he didn't instruct anybody to review training records and notes, "I actually don't remember training records being part of the criteria." Thus, despite the known availability of more objective assessments of employees' willingness to learn new skills, the defendants chose to rely on a more subjective, bias-prone process.

**c.) Managers were not given any direction on how to combine or weight the seven criteria.** As Ms. Scott reveals (pp. 92-93), "I don't want to – for you to get the mistaken impression it's about rankings or markings or anything like that. It's about using the seven, you know, pretty holistically." The very process she describes is consonant with the definition of one of the most commonly studied errors in the performance appraisal literature, rater halo error. Lance, LaPointe, and Stewart (1994, p. 339) define halo error as "the influence of a rater's general impression on ratings of specific ratee qualities." Further, given the research showing that negative information tends to be overweighted (Willemsen & Karen; 2004), the explicit decision to rely on a holistic approach could result in the most minor negative behavior driving an uninvite decision. Research on rater bias further indicates that once a decision has been made to evaluate an employee negatively on one criterion, the rater seeks other information to confirm his/her negative beliefs about the employee (Bond, Carlson, Meloy, Russo, & Tanner; 2007). Consistent with this research, in the appraisals contained on pages DAP 918- DAP 941, for *every* employee who received a "no" decision, *all* of the narrative information about him/her was negative.

**d.)  Selective rehire assessments were made based on memory, with no consideration given to prior evaluations.**  Studies comparing various selection methods (c.f., Schmidt & Hunter, 1998) have shown that past work performance is the best predictor of subsequent work performance.  Yet even for the 40% of the workforce for whom prior performance assessments were available, both Ms. Scott (p. 64) and Ms. Caster (p. 179) note that these evaluations were not considered.  Ms. Scott further concedes (p. 69) that Boeing never considered adding to the criteria, whether or not someone had received a performance-based award.  Instead, managers were tasked with basing their selective rehire assessments solely on memory.  There is an abundance of literature pointing to the fallibility of memory, particularly under cognitively demanding conditions, such as the situation of preparing Boeing for the divestiture.  Because appraisals that are based on memory are prone to numerous biases (e.g., over-weighting of recent information), research (Woehr, 1992) shows that such a process is incapable of yielding accurate results.

**e.)  Assessments relied heavily on managers' judgment.**  By Ms. Caster's own admission (pp. 80, 159) and as indicated in the Post-APA Newco Hiring Management Communication, the assessments relied heavily on managers' judgment.  Judgments are inherently flawed and there is abundant evidence in the literature on performance appraisals (c.f., Campbell, Campbell, & Chia, 1998; Woehr & Huffcutt, 1994) that failure to clearly define criteria and failure to provide frames of reference for evaluating employees results in biased judgments.

15.     The decision to rely on a subjective judgment to make rehire decisions was deliberate.  As I noted above, Mr. Turner admitted that participation in voluntary training

would have indicated employees' willingness to learn and adapt, yet he chose to not include these more objective metrics in the rehire process.  Additionally, Ms. Scott admitted (p. 55) that she had seen research on rating systems.[1]   However, she never quite indicated what that research suggested.  It would seem highly unlikely that someone who has a Masters degree in Human Resources never came across any information indicating that a ranking system is superior to the "holistic judgment" approach that Boeing used. This is very basic Human Resources knowledge and in my 12 years teaching Human Resources, I have yet to come across even an introductory Human Resources text book that fails to mention the susceptibility of overall judgments to errors and biases or the superiority of a rating system over a manager's holistic assessment.  Moreover, the evidence reveals that a document was prepared in September, 2004 (DAP 18937 – 18971) which reflects a rating system in which managers would be asked to provide ratings on each of the seven criteria.  Not only does this document provide more guidance regarding the definitions of the criteria, it also provides a scoring rubric, which would have allowed for greater consistency in scores across managers (i.e., all managers would know that someone who does not meet expectations at all should get a 0, whereas employees who exceed expectations should get a 3 on a given criterion).  Although DAP 18937 – 18971 illustrates a process that would have resulted in less rater error and bias, Boeing made a conscious decision to abandon this process, in favor of the error- and bias-prone "holistic judgment" process that was ultimately used.

---

[1] Note that although Ms. Scott and Mr. Williamson ostensibly use the terms "rating" and "ranking" interchangeably, these are distinct concepts:  In a ranking system, employees are ordinally numbered (e.g., first, second, third, etc.); in a rating system, employees receive scores based on one or more criteria.  As I believe that they both intended to refer to the latter, except where I am quoting, I use the more accurate term, "rating," in this report.

### THE RULES OF THE GAME CHANGED IN THE MIDST OF THE
### SELECTIVE REHIRE PROCESS

16.       The process that Boeing used is unequivocally subjective and fraught with the
potential for unfair decisions.  However, equally problematic is the fact that in the midst
of the selective rehire process, the rules regarding the use of the criteria changed.
Whereas the initial 85/15 process described above purported to have managers to provide
holistic judgments about all seven criteria, when Boeing was asked to go back and select
an additional 500 employees, they moved away from this process, focusing instead on
only the Skills criterion.  This shift is highly problematic for several reasons, two of
which I highlight below.

          **a.)  Changing the process results in different outcomes.**  Assessments based on
all seven criteria result in different decision outcomes than do assessments based solely
on the Skills criterion.  For example, an employee who fared poorly on any or all of the
other six criteria, but who had mediocre skills would have likely been uninvited using the
first round of instructions.  In contrast, that same employee may have been deemed
acceptable, using the Skills-only instructions.  If the Skills criterion was, in fact, the only
criterion of importance, all employees should have been evaluated solely based on Skills.
The notion of changing the process midstream suggests that there were some individuals
who the defendants did not want to rehire, but because they had adequate skills, the only
way to rationalize and document an uninvite decision was to instruct managers to
consider the other six criteria.

          **b.)  The assessments made in the first-round did not provide adequate**
**documentation of the decisions that would be made in the second round.**  Because

managers were instructed to provide "holistic" assessments in the first round, the documentation for each employee is seriously deficient for switching to a Skills-only assessment.  The appraisal narratives contained on pages DAP 918- DAP 941 do not provide evaluations on each of the seven criteria; rather, they highlight negative information.  As a result, the information in these assessments would not provide any justification for inviting back the individuals who initially received a "no" decision. Many of the assessments have no information about Skills; those that contain information about Skills have negative information.  Thus, the first round of "holistic" assessments could not have been used to make the second round of Skills-only assessments in a reliable manner.  Had Boeing utilized the ranking system that was considered in DAP 18937 – 18971, they would not have been able to determine which 500 of the employees who were initially "no" decisions should be changed to "yes" decisions, without having changed the rules of the game.

### THE CLIMATE WAS ONE OF AGE-BASED ANIMUS

17.     Comments such as those that the plaintiffs indicated were expressed to them by management ("If I were you and your age I would retire," "that's what happens when you get old … you can't move as fast," "these younger folks are much better on the computer than the older folks," and "Boeing needs to be competitive with an aging older workforce.  Younger people are stronger and faster") embody negative stereotypes about older workers and are indicative of an ageist climate (Goldberg & Shore, 2003; Posthuma & Campion, in press).  The research on older worker stereotypes indicates that people view older workers as being less flexible, less adaptable, less trainable, less interested in technological change, and less energetic than their younger counterparts.  The link

between ageist stereotypes and negative decisions about older workers is well documented in studies that have been published in some of the most highly respected journals in the field of Human Resource Management/Industrial Psychology. For example, Perry and Finkelstein (1999) note that climates that support negative attitudes towards older workers are more likely to discriminate against older workers.

## CONCLUSION

18.     Mr. Turner indicated several times in his deposition that he felt the age of the Boeing workforce was problematic. Ms. Scott conceded that she was aware of the adverse impact that the selective rehire process would have on older workers. The "holistic judgment" system left managers free to retain or dismiss whomever they wanted. Every employee brings to the table strengths and weaknesses, which should be included in an appraisal. However, based on the evidence I reviewed, the process seemed like more of a witch hunt, whereby *a priori* decisions to terminate employees were followed up with vague documentation that supported negative decisions regarding the seven criteria. Although performance appraisal information was available for nearly half of the workforce and training records were presumably available for the entire workforce, Boeing opted instead to ask managers to "rely heavily heavily upon your judgment as a manager," and to have them draw upon their memories to decide whether employees were qualified to continue employment with the newly formed organization. To make matters worse, Boeing changed the rules of the game, midway through the selective rehire process, a change for which they had inadequate information. Finally, plaintiffs reported having heard numerous ageist comments from managers. The fact that after

discovering the evidence of adverse impact, Boeing did nothing further attests to the ageist environment at the organization.

Adverse impact is sometimes incidental.  By chance, sometimes innocuous processes affect older workers disparately.  However, the adverse impact in this case was not a chance occurrence.  Mr. Turner clearly indicated on several occasions that he felt that the age of the workforce was problematic.  The magnitude of the adverse impact (the likelihood that a -5 standard deviation difference would occur by chance is *extremely* remote), coupled with the subjectivity of the appraisal process used at Boeing, and the evidence of an ageist climate are clearly indicative of age discrimination.

*Caren Goldberg, Ph.D.*

18

References

Bond, S. D., Carlson, K. A., Meloy, M. G., Russo, J. E., & Tanner, R. J.  (2007).  Information
distortion in the evaluation of a single option.  *Organizational Behavior and Human
Decision Processes, 102,* 240-254.

Campbell, D. J., Campbell, K. M., & Chia, H.  (1998).  Merit pay, performance evaluation and
individual motivation: An analysis and alternative.  *Human Resource Management, 37*,
131-146.

Goldberg, C. B., & Shore, L. M.  (2003).  The impact of age of applicants and of referent others
on recruiters' assessments:  a study of young and middle-aged job seekers.
*Representative Research in Social Psychology, 27,* 11-22.

Lance, C. E., LaPointe, J. A., & Stewart, A. M.  (1994).  A test of the context dependency of
three models of halo rater error.  *Journal of Applied Psychology, 79,* 332-340.

Latham, G. P., & Wexley, K. N.  (1981).  *Increasing Productivity Through Performance
Appraisal*.  Addison Wesley Publishing:  Reading, MA.

Lee, A. J.  (2005).  Unconscious bias theory in employment discrimination litigation.  *Harvard
Civil Rights-Civil Liberties Law Review, 40*, 481-503.

Levy, B., & Banaji, M. R. (2002). Implicit ageism. In T. Nelson (Ed.), *Ageism: Stereotyping and
prejudice against older persons* (pp. 49-75). Cambridge, MA: MIT Press.

Longnecker, C. O., Sims, H. P., Gioia, D. A.  (1987).  Behind the mask:  The politics of
employee approaisal.  *Academy of Management Executive, 1,* 183-193.

Pearlman, K., Schmidt, F. L., & Hunter, J. E.  (1980).  Validity Generalization Results for Tests
Used to Predict Job Proficiency and Training Success in Clerical Occupations.  *Journal
of Applied Psychology, 65*, 373-406.

Perry, E. L., & Finkelstein, L. M. (1999). Toward a broader view of age discrimination in employment-related decisions: A joint consideration of organizational factors and cognitive processes. *Human Resource Management Review, 9*, 21-49.

Posthuma, R. A., & Campion, M. A. (in press). Age stereotypes in the workplace: Common stereotypes, moderators, and future research directions. *Journal of Management.*

Schmidt, F. L., & Hunter, J. E. (1998). The Validity and Utility of Selection Methods in Personnel Psychology: Practical and Theoretical Implications of 85 Years of Research Findings. *Psychological Bulletin, 124,* 262–274

Willemsen, M. G., & Keren, C. (2004). The role of negative features in joint and separate evaluation. *Journal of Behavioral Decision Making, 17,* 313-329.

Woehr, D. J. (1992). Performance dimension accessibility: Implications for rating accuracy. *Journal of Organizational Behavior, 13,* 357-367.

Woehr, D. J., & Huffcutt, A. I. (1994). Rater training for performance appraisal: A quantitative review. *Journal of Occupational and Organizational Psychology, 67,* 189-205.

# CAREN GOLDBERG, Ph.D.

Management Dept., American University          9949 Corsica Street
4400 Massachusetts Avenue                 Vienna, VA  22181
Washington, DC  20052                    703-938-4101 (h)
202-885-1874 (o)                      571-426-8325 (c)
Careng@american.edu                 Caren.goldberg@yahoo.com

## EDUCATION

**Doctor of Philosophy -** W.T. Beebe Institute of Personnel & Employment Relations, Georgia State University.  1997.

**Master of Business Administration** - School of Management, State University of New York at Binghamton.  1990.

**Bachelor of Arts -** Department of Psychology, State University of New York at Stony Brook.  1987.

Study Abroad **-Instituto Internacional de Madrid.  Fall, 1985**


## WORK EXPERIENCE

**Faculty Member -** Department of Management, American University, Washington, DC.  January, 2006 – present.

**Faculty Member -** Department of Management Science, George Washington University, Washington, DC.  Fall, 1996 – Fall, 2005.  Promoted and Tenured, August, 2003.

**Adjunct Faculty -** Dowling College, Oakdale, NY.  September, 1990 - May, 1991.

**Adjunct Faculty -** Berkeley College, Port Jefferson, NY. September, 1990 - May, 1991.

**Marketing Coordinator -** Bind-it Corporation, Hauppauge, NY.  January, 1990 - September, 1991.

**Human Resources Specialist – Compensation -**United Health Services, Binghamton, NY.  May, 1988 - March, 1989.

<u>PUBLICATIONS - COMPLETED</u>

**Refereed Publications**

Goldberg, C., Riordan, C., & Zhang, L.  (2008).  Relational demography and leadership perceptions:  Is similar always better?  *Group and Organization Management, 33,* 330-355.

Goldberg, C. B., & Allen, D.  (2008).  Black and White and Read All Over:  Race Differences in Reactions to Recruitment Web Sites.  *Human Resource Management, 47,* 217-236  \***(Nominated for the 2009 Saroj Parasuraman Award for Outstanding Publication on Gender and Diversity).**

Taylor, M. A., Goldberg, C., Shore, L., & Lipka, P.  (2008).  The Dynamic Effects of Retirement Expectations and Social Support on Post-Retirement Adjustment: A Longitudinal Analysis.  *Journal of Managerial Psychology, 24,* 1-8.

Goldberg, C. (2007).  The impact of training and conflict avoidance on responses to sexual harassment.  *Psychology of Women Quarterly, 31*, 62-72.

Goldberg, C. B.  (2007).  Cross-Cultural Perceptions of Coworker- and Supervisor-Initiated Social-Sexual Behaviors.  *Business Journal of Hispanic Research, 1*, 1-10.

Goldberg, C. (2005).  Relational Demography and Similarity-Attraction in Interview Assessments and Subsequent Offer Decisions:  Are We Missing Something? *Group and Organization Management, 30,* 597-624.

Konrad, A.M., Yang, Y., Goldberg, C., & Sullivan, S.  (2005).  Preferences for Job Attributes Associated with Work and Family:  A Longitudinal Study of Career Outcomes.  *Sex Roles, 53,* 303-316.

Goldberg, C., Finkelstein, L., Perry, E., & Konrad, A.  (2004) Job and industry fit: The effects of age and gender matches on career progress outcomes.  *Journal of Organizational Behavior, 25,* 807-829.

Goldberg, C., & Zhang, L.  (2004).  Simple and joint effects of gender and self-esteem on responses to same-sex sexual harassment.  *Sex Roles, 50,* 823-833.

Goldberg, C., & Cohen, D.  (2004).  Walking the walk and talking the talk: Gender differences in the impact of interviewing skills on applicant assessments.  *Group and Organization Management, 29,* 369-384.

Goldberg, C., Riordan, C., & Schaffer, B.  (2003).  Missing Pieces in Social Identity Theory:  Continuity and Status as Moderators of Similarity.  *Academy of Management Best Paper Proceedings.*

Shore, L. M., Cleveland, J. N., & Goldberg, C. (2003). Work Attitudes and Decisions as a Function of Manager Age and Employee Age. *Journal of Applied Psychology, 88,* 529–537.

Goldberg, C. (2003). Applicant reactions to the employment interview: A look at demographic similarity and social identity theory. *Journal of Business Research, 56,* 561-571.

Goldberg, C., & Shore, L. M. (2003). The impact of age of applicants and of referent others on recruiters' assessments: a study of young and middle-aged job seekers. *Representative Research in Social Psychology, 27,* 11-22.

Goldberg, C. (2003). Who responds to surveys? Assessing the effects of non-response in cross-sectional dyadic research. *Assessment, 10,* 41-48.

Goldberg, C. (2001). The impact of the proportion of women in one's workgroup, profession, and friendship circle on males' and females' responses to sexual harassment. *Sex Roles, 45,* 359-374.

Goldberg, C., & Waldman, D. A. (2000). Modeling employee absenteeism: Testing alternative measures and mediated effects based on job satisfaction. *Journal of Organizational Behavior, 21,* 665-676.

Houghton, S. M., Simon, M., Aquino, K., & Goldberg, C. (2000). No safety in numbers: Persistence of biases and their effects on team risk perception and team decision making. *Group and Organization Management, 25,* 325-353.

Perry, A., & Goldberg, C. (1998). Who gets hired: Interviewing skills are a prehire variable. *Journal of Career Planning and Employment, 58 (2),* 47-50.


**Invited Publications**

Goldberg, C. (2007). Social Identity Theory. Invited chapter to be published in S. Clegg & J. Bailey (Eds.), *International Encyclopedia of Organization Studies*, Sage Publications.

Goldberg, C. (2007). Diversity Issues for an Aging Workforce. Invited chapter to be published in Kenneth A. Schultz and Gary S. Adams (Eds.), *Aging and Work in the 21st Century*, Lawrence Erlbaum.

Goldberg, C. (2007). Make the most of interviewing. *Independent Agent*. April, 2007, p. 42.

Goldberg, C. (2006). Look to your Web site to increase the quality and diversity of your applicant pool. *HR Watch*. Appeared December 6, 2006.

Shore, L. M., & Goldberg, C. B. (2004). Age discrimination in organizations. In R. L. Dipboye and A. Colella (Eds.). *Psychological and Organizational Bases of Discrimination at Work*. Lawrence Erlbaum – SIOP Frontiers Series.

Swiercz, P., McHugh, P., & Goldberg, C. (1997). *Human Resource Systems for Competitive Advantage*. Needham Heights, MA: Simon & Schuster.

Goldberg Sharak, C. (1995). Managing diversity at Cox Communications. *H.R. Atlanta*.

PUBLICATIONS – IN PROGRESS

**Refereed Publications**

Revise and Resubmits

Konrad, A.M., Cannings, K., & Goldberg, C.B. Asymmetrical demography effects on perceived reward and social outcomes: Differential effects of leader gender and work unit gender composition. Under third review at *Human Relations*.

Goldberg, C. B., Riordan, C., & Schaffer, B. Does Social Identity Theory Underlie Relational Demography? A Test of the Moderating Effects of Self-Continuity and Status-Enhancement on Similarity Effects. Under third review at *Human Relations*.

***Under First Review***

Zhang, L., & Goldberg, C. B. Sensitivity to diversity: A moderator of the relationship between deep-level diversity and work group affective outcomes. Under review at *Journal of Organizational Behavior*.

Goldberg, C. B., & Zhang, L. A second chance to make a first impression? A longitudinal examination of changes in Black and White newcomers' leader-member exchange and career future. Under review for presentation at the 2009 Academy of Management Conference.

Goldberg, C. B., Clark, M. A., & Henley, A. Speaking up: predicting voice responses following the unfair treatment of others. Under review at *Human Resource Management*.

Goldberg, C., Perry, E. L., Finkelstein, L. M., & Shull, A. Targeting older applicants in recruitment: An organizational perspective. Under review at *Journal of Organizational Behavior*.

*In Preparation*

Goldberg, C., McKay, P., & Zhang, L.  Who gets a second chance to make a first impression?  Race differences in the development of leader-member exchange over time.  Target journal:  *Academy of Management Journal*.

Goldberg, C., & Perry, E.  The impact of situational and individual factors on sexual harassment investigation training.  Target journal:  *Human Resource Management.*

Goldberg, C. B., & Konrad, A.M.  A meta-analysis of the relationship between gender context and work-related outcomes.  Target journal:  *Personnel Psychology.*

Goldberg, C. B., & Zhang, L.  The effects of sexism on work group perceptions.  Target journal:  *Journal of Management*.

## CONFERENCE PRESENTATIONS

Goldberg, C., & Perry, E.  (2009).  The impact of situational and individual factors on sexual harassment investigation training.  Accepted for presentation at the Society of Industrial/ Organizational Psychologists Conference, New Orleans, LA.

Goldberg, C. B., Clark, M., & Henley, A.  (2008).  You, me, and we:  Identity and unfair treatment in groups.  Presented at the Society of Industrial/ Organizational Psychologists Conference, San Francisco, CA.

Goldberg, C. B.  (2007).  Work and Organizational Issues in the Retention of Older Employees.  Symposium at the Society of Industrial/ Organizational Psychologists Conference, New York, NY.

Goldberg, C. B., & Zhang, L.  (2006).  The positive and negative effects of racism and sexism on perceptions of group cohesiveness and performance.  Presented at the Southern Management Association Conference, Clearwater, FL.

Goldberg, C. B.  (2006).  The Impact of Organizational Practices on Recruiting a Diverse Workforce.  Coordinator of symposium presented at the Academy of Management Conference, Atlanta, GA.

Goldberg, C., Perry, E. L., & Finkelstein, L. M.  (2006).  Targeting older applicants in recruitment:  An organizational perspective.  Presented the Academy of Management Conference, Atlanta, GA.

Goldberg, C. B., & O'Leary, B.  (2006).  Theoretical bases for diversity and fairness effects:  Linking the two together.  Presented at the Academy of Management Conference, Atlanta, GA.

Goldberg, C. & Allen, D. (2005). Web-based recruiting: When women and minorities need not apply. Presented at the Academy of Management Conference, Honolulu, HI.

Goldberg, C., Kaplan, D.M., Marchese, M.M., & Mumford, T.V. (2005). Using popular film and television as pedagogical tools in HR/IR. Presented at the Innovative Teaching in HR/IR Conference. Park City, UT

Goldberg, C., Riordan, C., & Zhang, L. (2004). Relational demography and leadership perceptions: Is similar always better? Presented at the Academy of Management Conference, New Orleans, LA.

Zhang, L., & Goldberg, C. (2004). The effects of sensitivity to surface-level and deep-level diversity on work group performance and attitudes. Presented at the Academy of Management Conference, New Orleans, LA.

Konrad, A.M., Goldberg, C., Sullivan, S., & Yang, Y. (2004). Preferences for job attributes associated with work and family: A longitudinal study. Presented at the Academy of Management Conference, New Orleans, LA **(Nominated for Best Symposium – Careers Division).**

Goldberg, C., Riordan, C., & Schaffer, B. (2003). Missing Pieces in Social Identity Theory: Continuity and Status as Moderators of Similarity. Presented at the Academy of Management Conference. Seattle, WA.

Zhang, L., & Goldberg, C. (2003). The effects of sensitivity to surface-level and deep-level diversity on work group performance and cohesion. Presented at the Eastern Academy of Management International Conference, Porto, Portugal.

Konrad, A., & Goldberg, C. (2002). An examination of the impact of gender context on individuals and organizations. Coordinator of symposium presented at the Academy of Management Conference, Denver, CO.

Goldberg, C., & Konrad, A. (2002). The effects of gender context: A meta-analysis. Presented at the Academy of Management Conference. Denver, CO.

Goldberg, C., & Stone, D. (2001). Older workers and disabled workers: A look at two underutilized groups. Coordinator of symposium presented at the Academy of Management Conference, Washington, DC.

Goldberg, C., Finkelstein, L., Perry, E., & Konrad, A. (2001). Age and career progress: Tests of simple and moderated effects. Presented at the Academy of Management Conference, Washington, DC.

Goldberg, C.  (2001).  Gender, gender context, and same-sex harassment: re-evaluating our theoretical understanding of social-sexual behavior. Presented at the Society of Industrial/ Organizational Psychologists conference, San Diego, CA.

Goldberg, C.  (2000).  The impact of different gender contexts on responses to sexual harassment.  Southern Management Association conference.  Orlando, FL.

Goldberg, C., & Cohen, D. (2000). Walking the walk and talking the talk:  Gender differences in the impact of interviewing skills on applicant assessments.  Eastern Academy of Management Conference.  Danvers, MA.

Case, J., Goldberg, C.,  McHugh, P., & Moreno-Tello, V.  (2000).  Cross-cultural perceptions of coworker- and supervisor-initiated social-sexual behaviors.  Presented at the Society of Industrial/Organizational Psychologists conference, New Orleans, LA.

Cleveland, J. N., Shore, L. M., & Goldberg, C.  (2000).  Work attitudes and performance as a function of manager age, employee age, and their interaction. Presented at the Society of Industrial/Organizational Psychologists conference, New Orleans, LA.

Goldberg, C.  (1999).  Multiple perspectives of sexual harassment.  Coordinator of symposium presented at the Academy of Management conference, Chicago, IL.

Goldberg, C., & McHugh, P.  (1999).  The impact of training on perceptions of and reactions to sexual harassment.  Presented at the Academy of Management conference, Chicago, IL.

Taylor, M., Goldberg, C., & Shore, L.  (1999).  Retirement expectations and retirement satisfaction.  Presented at the Society for Industrial/Organizational Psychologists conference, Atlanta, GA.

Goldberg, C. & McHugh, P.  (1999).  Cultural differences in perceptions of sexual harassment.  Presented at the George Washington University Scholars Showcase, Washington, DC.

Goldberg, C. & McHugh, P.  (1998).  Is it sexual harassment?  An East-West comparison.  Presented at the Management of Human Resources Conference, Honolulu, HI.

Goldberg, C.  (1998).  Who responds to surveys?  An application of Goodman and Blum's procedure to cross-sectional dyadic research.  Presented at the Southern Management Association Conference, New Orleans, LA.

Goldberg, C. & Shore, L.M.  (1998).  The impact of applicant age and the ages of referents on recruiters' decisions.  Presented at the Society for Industrial/Organizational Psychologists Conference, Dallas, TX.

Goldberg, C.  (1997).  Relational demography: A tale of two theories.  Presented at the Academy of Management Conference, Boston, MA.

Goldberg, C.  (1997).  The impact of job qualifications and interviewing skills on selection decisions.  Presented at the George Washington University Scholars Showcase, Washington, DC.

Goldberg, C., & Perry, A. (1996).  The relative importance of background and interviewing skills in campus interviews.  Presented at the Southern Association of Colleges and Employers Conference, Atlanta, GA.

Goldberg Sharak, C., & Shore, L. M. (1995).  Age stereotypes and new hire performance ratings.  Presented at the Southern Management Association Conference, Orlando, FL.

Goldberg Sharak, C.  (1995).  The proposed Employment Nondiscrimination Act: Implications for organizations.  Presented at the Academy of Management Conference, Vancouver, BC.

Goldberg Sharak, C., & Shore, L. M. (1994).  Measuring age context:  A comparison of two approaches.  Presented at the Academy of Management Conference, Dallas, TX.

Goldberg Sharak, C., & Waldman, D. A. (1994).  Modeling the determinants of employee absenteeism.  Presented at the Society for Industrial/Organizational Psychology Conference, Nashville, TN.


GRANTS, SCHOLARSHIPS, AWARDS, AND HONORS

**Society for Human Resource Management** – Honored as one of 100 thought leaders at the Leadership Summit on Diversity and Inclusion.  April 7-8, 2008.

**Cambridge Who's Who** – Named for 2008/2009 publication.

**Kogod Research Grant**  ($6,935).  A Multi-source, Multi-wave Investigation of New Hire Fit.  Kogod School of Business, American University.  2007.  Awarded.

**Crain Summer Research Fellowship** - $12,500.  Relational demography and leadership perceptions: Is similar always better?  School of Business and Public Management, George Washington University.  2005.  Awarded.

**Who's Who in America** – Named for 2002, 2003, and 2004 publications.

**Academy of Management Award for Outstanding Service** – Award from Human Resources Division for service as Secretary of the Executive Committee.  2001.

**Southern Management Association Award for Outstanding Service** – Plaque awarded for service as track chair for the Southern Management Association meeting. 2000.

**George Washington University Release Time for Research Award** - $2,000. Employee perceptions of and reactions to sexual harassment: A field study (with Patrick McHugh)  George Washington University.  1999.

**Junior Faculty Consortium Invitee -** Academy of Management Conference Human Resources Division, Boston, MA.  1997.

**Award for Outstanding Teaching Performance -** Department of Management, Georgia State University.  Winter, 1996.

**Award for Outstanding Teaching Performance** - Department of Management, Georgia State University.  Fall, 1995.

**Doctoral Consortium Invitee** - Academy of Management Conference Human Resources Division, Vancouver, BC.  1995.

**Georgia State University Dissertation Proposal Grant** - $1,000.  Georgia State University.  1995.

**Exemplar Research Award** - $2,000.  College of Business Administration, Georgia State University.  1995.

**William T. Rutherford Award** - $500.  W. T. Beebe Institute of Personnel and Employment Relations, Georgia State University.  1993.

**New York State Regents Scholarship** - $500/year.  New York State Board of Regents. 1984, 1985, 1986, 1987.

TEACHING INTERESTS AND EXPERIENCE

**Primary Teaching Interests**

Human Resource Management and Organizational Behavior

**Undergraduate Teaching Experience**

❖ Principles of Organizational Theory, Behavior, and Management

❖ GWU Paris Program – Introduction to Human Resource Management

❖ Introduction to Human Resource Management

❖ Introduction to Organizational Behavior

❖ Principles of Management

❖ Advanced Topics:  Cases and Exercises in Human Resource Management

**Graduate Teaching Experience**

❖ MBA – Organizational Behavior and Human Resource Management

❖ Doctoral Seminar – Research Design

❖ Performance Management and Development

❖ Accelerated AMBA – Human Dynamics in Organizations

❖ Doctoral Seminar – Current Research in Human Resource Management

❖ Executive MBA – Human Resource Management

❖ Pre-MBA Group Dynamics 1-Day Workshop

❖ Accelerated MBA (Off-Campus Mini-Residency) – Dancing in the Minefields: Managing Employee Performance and Compensation

❖ MBA Organizations, Management, and Leadership

❖ MBA Organizations, Management, and Leadership I

❖ MBA Organizations, Management, and Leadership II

❖ Accelerated MBA (Off-Campus Residency) Organizations, Management, and Leadership II

**Independent Study Advising**

    Jason Brett (2008)
    Michelle Lowe Solis (2006)
    Laurie Weinert (2004)
    Kristy Nakai (2003)
    Suzanne Burger (2003)
    Lu Zhang (2003)
    Mariya Goryanima (2001)
    David Metnick (2000)
    Jaclyn Shapiro (1998)

Susie Weisenfeld (1997)
Alejandro Chiongbian (1997)
Julie Yang (1997)

## Doctoral Dissertation Committee Service

Elaine Brenner (Psychology- George Washington University), 2006.  Telework and Retention.

Beverly Nyberg (Human Resource Development – George Washington University), 2004.  A Study of Jaques' Requisite Organization Theory as it Relates to the Impact of Person to Role and Person to Supervisor Degree of Fit on Employee Satisfaction in a Non-Profit Service Agency.

Haven Battles (Psychology – George Washington University), 2000. Professional Self-efficacy and Burnout in Pediatric HIV Nurses.

M. Martha Neal (Logistics and Operations Management – George Washington University), 1999.  Leadership in a Change Environment: A Case Study in the United States Navy Logistics.

## Student Evaluations

❖ On two occasions, I received a perfect 5.0 for overall teaching effectiveness.

❖ Throughout my nine years at GWU, averages for all of my overall and item scores for every semester except one, ranged from 4.0 to 5.0 on a five-point scale.

❖ I have also had students in my workshops evaluate my performance.  The scores have consistently been in the 4.5 range.

❖ I received two departmental awards for my teaching performance.

## PROFESSIONAL SERVICE ACTIVITIES

## Associate Editor

❖ *Group and Organization Management.*  2004 – 2007.

**Editorial Board Member**

❖ *Journal of Management.*  2003 – present.
❖ *Group and Organization Management.*  2003 – 2004; 2007-present
❖ *Human Resource Management.*  2003 – present.


**Doctoral Consortium Committee**

❖ Academy of Management
▪ Human Resources Division.  2004-2005.


**Roundtable Discussion Leader**

❖ Academy of Management Doctoral Consortium
▪ Human Resources Division.  2004, 2007.

**Teaching Panel Presenter**

❖ Academy of Management Doctoral Consortium
▪ Human Resources Division.  2005, 2006.

**Editors Roundtable Presenter**

❖ Academy of Management Doctoral Consortium
▪ Gender and Diversity in Organizations Division.  2005.

**Coordinator – Teaching Workshop**

❖ Academy of Management
▪ Human Resources Division.  2001.

**Track Chair**

❖ Southern Management Association
▪ Human Resources Division.  2000.

***Ad-Hoc* Journal Reviewer**

❖ *Academy of Management Journal*

❖ *American Economic Review*

❖ *Assessment*

❖ *Group and Organization Management*

❖ *Human Performance*

❖ *Human Resource Management Journal*

❖ *Journal of Applied Social Psychology*

❖ *Journal of Business Research*

❖ *Journal of Human Resource Planning*

❖ *Journal of Management*

❖ *Journal of Organizational Behavior*

❖ *Organizational Behavior and Human Decision Processes*

❖ *Personnel Psychology*

❖ *Sex Roles*

**Text Book Reviewer**

❖ Dessler, G.  *Fundamentals of Human Resource Management, 4rd Ed*.  Prentice Hall. 2006

❖ Dessler, G.  *Fundamentals of Human Resource Management, 3rd Ed*.  Prentice Hall. 2005

❖ Dessler, G.  *Fundamentals of Human Resource Management, 2nd Ed*.  Prentice Hall. 2003

**Conference Reviewer**

❖ Innovative Teaching in HR/IR Conference.  2005.

❖ Society for Industrial/Organizational Psychologists.  1999, 2000.

❖ Academy of Management Conference
   ▪ Human Resources Division.  1994, 1999-2005.
   ▪ Gender and Diversity in Organizations Division.  2000-2001, 2005.
   ▪ Careers Division.  1996.

❖ Southern Management Association Conference
   ▪ Human Resources/Careers Division.  1994-1999, 2002-2005.

- Organizational Behavior Division.  1996.
- Women in Management Division.  1992-1994.
- Research Methods Division.  1998.

**Conference Session Chair**

❖ Academy of Management
- Human Resources Division.  2000, 2008.
- Organizational Behavior & Technology and Innovation Division. 2005.

❖ Southern Management Association
- Human Resources Division.  2002.

**Conference Discussant/Facilitator**

❖ Southern Management Association
- Human Resources Division.  1997, 1999, 2001, 2002.
- Organizational Behavior Division.  1996.
- Careers Division.  1996.
- Women in Management Division.  1993, 1994.

❖ Academy of Management
- Human Resources Division.  2001.

**Professional Committee Service**

❖ Best Paper Committee – Academy of Management Gender and Diversity Division. 2004.

❖ Executive Committee Secretary – Academy of Management Human Resources Division.  2000 – 2002.

❖ Best Student Paper Committee - Southern Management Association Conference. 1997.

❖ Member Relations Committee- Academy of Management Conference Human Resources Division.  1993.

UNIVERSITY SERVICE ACTIVITIES

**Ongoing Activities**

❖ Faculty Advisor – Student SHRM Chapter.  Sp 2008 – present.

- ❖ Academic Integrity Code Review Committee.  Fa 2006 – present.
- ❖ University Policy Committee for Maternity & Family Obligations.  Fa 2006 – present.
- ❖ Management Department Faculty Search Committee.  Sp 2006 – present.
- ❖ Mgmt 353 Consistent Experiences across Sections (Teams Packet).  Sp 2006 – present.
- ❖ Faculty Advisory Board, Women's and Gender Studies.  2006 – present.
- ❖ Doctoral Program Curriculum Committee.  2004 – 2005.
- ❖ Undergraduate Program Committee.  2004 – 2005.
- ❖ Liaison, Council on Education in Management.  2003 - 2005.
- ❖ Conflicts of Interest and Commitment Committee.  2003 – 2005.
- ❖ Study Abroad Committee.  2003 – 2005.
- ❖ University Women's Committee.  2003 – 2005.
- ❖ Program Director – HRM.  2003 – 2005.
- ❖ Faculty Advisor – Student SHRM Chapter.  2000 – 2002.
- ❖ University Women's Committee (alternate).  2000 – 2003.
- ❖ Faculty Senate Committee on Research.  1998-2005.
- ❖ Full-time MBA Curriculum Committee.  1999 – 2000.
- ❖ Cohort MBA Curriculum Redesign Committee.  1997-1999.
- ❖ Department of Management Science Annual Retreat Planning Committee.  1998.
- ❖ MBA Core Faculty Meetings.  1997-2000.
- ❖ Faculty Advisor - School of Business and Public Management Leadership Retreat.  1997-1998.
- ❖ BBA Core Faculty Meetings.  1996-2005.

**One-Time or Periodic Activities**

- ❖ Session Organizer and Presenter – Diversity and Inclusiveness in the Classroom.  Ann Ferren Teaching Conference, American University.  Spring, 2009

- ❖ Faculty Presenter – MBA Orientation.  Fall, 2006.

- ❖ Faculty Presenter – GMU, GWU, UMD I/O-HR Brown Bag Series.  Spring, 2004.

- ❖ Faculty Presenter – First Year Development Program.  Spring, 2001, Spring, 2002, Spring, 2003.

- ❖ Presenter – Management Science Department-wide Doctoral Seminar.  Fall, 2003.

- ❖ Faculty Facilitator/Assessor – Graduate Teaching Assistantship Practicum.  Fall, 2003.

- ❖ Faculty Advocate – SBPM Distinguished Scholar Award (Jessica Toplin, nominee). 2003.

- ❖ Search Committee for Center for Excellence in Municipal Management Director. 2002.

- ❖ Faculty Judge – Undergraduate capstone assessment.  Spring, 2002.

- ❖ PMBA – "Customize Your MBA" program – Representative for HR group.  Fall, 1998, Fall, 2001, Spring, 2002.

- ❖ Designed and presented JOBS (Junior Options for Business Success) Workshop. Spring, 2001.

- ❖ Undergraduate Programs Field Day – Presented information about HR field.  Spring, 2001, Spring, 2002

- ❖ Search Committee for Graduate Career Center Assistant Director.  Summer, 2000.

- ❖ MBA Specialization Discussion and Reception – Representative for HR group. Spring, 1999.

- ❖ KPMG National Case Competition – Faculty Host.  Spring, 1999.

- ❖ Cohort Team Assessments - Coaching and counseling session.  Fall, 1998.

- ❖ Speaker at Washington Human Resource Forum - Generation X Views on Business and Work Issues.  Fall, 1998      .

- ❖ Moderator/Facilitator, EDS Consulting Week - Performance Management.  Spring, 1998.

- ❖ Faculty representative for Open House for newly-admitted MBA students.  Spring, 1997.

- ❖ Faculty representative for Family weekend for prospective undergraduate students. Fall, 1996.

**Media Coverage**

❖ *HR News* - Interviewed for an article on a recent publication in *Human Resource Management* on race and Web recruiting. Published June, 2008.

❖ *Firstline* – Interviewed for an article on sexual harassment in the workplace. Published May, 2008.

❖ *California Executive* – Interviewed for an article on obesity in the workplace. Appeared September, 2007.

❖ *American Banker* – Interviewed for an article on diversity of bank Boards of Directors.

❖ *The Washington Examiner* – Interviewed for an article on absenteeism. Appeared August 4, 2006.

❖ *Entrepreneur Magazine* – Interviewed for an article on hiring former dot-com employees. Appeared Fall, 2001.

❖ *The Wall Street Journal* – Interviewed for an article on underemployment. Fall, 2000.

❖ *Dateline, NBC* – Interviewed for a network television news piece on age discrimination. Aired July, 1999 and September, 1999.

❖ *KONA-TV* - Interviewed for local affiliate television news piece on sexual harassment. Summer, 1998.

❖ *The Federal Times* - Interviewed for an article on employee absenteeism. Fall, 1997.


CONSULTING, TRAINING, AND SPEAKING ACTIVITIES

❖ Expert witness – Provided expert report in a putative class action age discrimination lawsuit. 2008 – present.

❖ Invited Speaker – Conference on Teaching and Training Workplace Diversity: Addressing the Research-Practice Gap. George Mason University. 2008.

❖ Expert Witness – Provided expert report and deposition on my opinion regarding a federal age discrimination case. 2007 – present.

- ❖ Litigation Support - Provided expert report detailing statistical analyses and interpretations of salary and promotion data for a gender discrimination case.  2007 - present.

- ❖ Accenture/ United States Postal Service –External consultant for Accenture's selection proposal for the USPS.  2005.

- ❖ Center for Excellence in Public Leadership – Designed and delivered a senior executive development workshop for upper-level public managers in DC government.  2005.

- ❖ Council of Governments – Designed and delivered training workshop for mid- to upper-level government managers in VA, MD, and DC.  2005.

- ❖ Center for Excellence in Public Leadership – Designed and delivered training workshop for mid- to upper-level public managers in DC government.  2005.

- ❖ Craig Capital – Performed supervisor-subordinate coaching.  2004.

- ❖ Litigation Support – Provided job analysis expertise for case involving INS requirements for working in the United States.  Serge Bauer, P.C.  2003.

- ❖ Litigation Support – Provided job analysis expertise for case involving INS requirements for working in the United States.  Serge Bauer, P.C.  2003.

- ❖ Litigation Support – Reviewed testimony to prepare for settlement in case involving a negligent hiring claim.  Leffler & Hyland, P.C.  2001.

- ❖ JOBS (Junior Options for Business Success).  Designed and delivered workshop for job-seeking undergraduates.  George Washington University.  Spring, 2001.

- ❖ "The Use of Personality Tests in Employment" luncheon speaker.  Society of Consumer Affairs Professionals.  Spring, 2000.

- ❖ Group Dynamics and Teambuilding.  Designed and delivered workshop for incoming MBAs.  George Washington University.  Fall, 1999, Spring, 2000, Fall, 2000, Spring, 2001, Fall, 2002.

- ❖ "Dancing in the Minefields: Managing Employee Performance and Compensation." Designed and delivered training for MBA residency.  George Washington University.  Spring, 1999.

- ❖ Center for Excellence in Municipal Management.  Designed and delivered HRM training module for mid- to upper-level DC government managers.  Spring, 1998.

❖ Tri-Way Enterprise, Inc.  Designed and delivered Human Resources and Employee Motivation Workshop to Chinese delegation of accounting and finance professionals. Fall, 1998.

❖ "Generation X Views on Business and Work Issues" panel discussion.  Washington Human Resource Forum.  Fall, 1998.