# CERTIFICATION EXHIBIT INDEX
## *9.25.09 Updated*

| Exhibit No. | Bates Number |
|---|---|
| 1 | DAP 27452 |
| 2 | DAP 3699 |
| 3 | DAP 201804 |
| 4 | DAP 3863 |
| 5 | DAP 2664-65 |
| 6 | DAP 2719 |
| 7 | DAP204061 |
| 8 | BAP 620538 |
| 9 | BAP 609196 |
| 10 | Rogs 1 |
| 11 | BAP 620583 |
| 12 | DAP 18947 |
| 13 | DAP 050292-93 |
| 14 | SAP210949 |
| 15 | DAP 205238 |
| 16 | DAP 202954 |
| 17 | BAP 610455 |
| 18 | BAP 609959 |
| 19 | BAP 609118 |
| 20 | DAP001149 |
| 21 | BAP 621370 |
| 22 | DAP 027456 |
| 23 | SAP 207562 |
| 24 | DAP 201820 |
| 25 | DAP 658839 |
| 26 | BAP 608973 |
| 27 | BAP 608713 |
| 28 | BAP 608722 |
| 29 | BAP 608775 |
| 30 | BAP 607877 |
| 31 | BAP 621226 |
| 32 | SAP216548, DAP 020203, DAP 020199 |
| 33 | DAP3993 |
| 34 | DAP 200238 |
| 35 | DAP 200051 |
| 36 | DAP 200259 |
| 37 | DAP 034449 |
| 38 | DAP 034532 |
| 39 | DAP 122048 |

# CERTIFICATION EXHIBIT INDEX
## *9.25.09 Updated*

| | |
|---|---|
| 40 | DAP 204433 |
| 41 | DAP 200246 |
| 42 | DAP 205985 |
| 43 | BAP 640238 |
| 44 | BAP 658931 |
| 45 | BAP 658958 |
| 46 | DAP 205910 |
| 47 | MRC 002556 |
| 48 | DAP 142719 |
| 49 | MRC 002366 |
| 50 | BAP 620021 |
| 51 | BAP 658285--(Withdrawn) |
| 52 | SAP 220014 |
| 53 | BAP 621370 |
| 54 | 6.1.07 Def Rog Answers |
| 55 | SAP 231235 |
| 56 | SAP 231221-22 |
| 57 | SAP 220135 |
| 58 | SAP 236381 |
| 59 | SAP 231475 |
| 60 | SAP 231469-70 |
| 61 | SAP 231489-91 |
| 62 | SAP 212317 |
| 63 | SAP 231683 |
| 64 | SAP 231506 |
| 65 | SAP 231529 |
| 66 | DAP 43306 |
| 67 | DAP205342 |
| 68 | DAP004310 |
| 69 | BAP 610460--(Withdrawn) |
| 70 | BAP 621227 |
| 71 | Letter |
| 72 | BAKER00001 |
| 73 | Caster Deposition |
| 74 | Turner Deposition |
| 75 | Scott Deposition |
| 76 | Goldberg Report |
| 77 | Goldberg Rebuttal |
| 78 | Mann Report |
| 79 | Mann Rebuttal |

# CERTIFICATION EXHIBIT INDEX
## *9.25.09 Updated*

| | |
|---|---|
| 80 | Ackerman Deposition |
| 81 | SAP 230537 |
| 82 | BAP 625638 |
| 83 | Hannon Deposition |
| 84 | Melvin Pugh Declaration |
| 85 | Larry Johnson Declaration |
| 86 | Frank Cash Declaration |
| 87 | Jacob Bakk Declaration |
| 88 | Brent Pyles Declaration |
| 89 | James Sheppard Declaration |
| 90 | Charles Stone Declaration |
| 91 | Michael Fortney Declaration |
| 92 | Jay Powell Declaration |
| 93 | Perry Apsley Declaration |
| 94 | Wilbert Kelly Declaration |
| 95 | Richard Lamar Declaration |
| 96 | Robert Thomas Declaration |
| 97 | Sammie Proctor Declaration |
| 98 | David Halderman Declaration |
| 99 | Stephen Dietrich Declaration |
| 100 | Stephen Wilkinson Declaration |
| 101 | Olivia Housley Declaration |
| 102 | Max Oaks Declaration |
| 103 | Charles Stark Declaration |
| 104 | Chip Gilchrist Declaration |
| 105 | Bob Bailey Declaration |
| 106 | Billie Callaway Declaration |
| 107 | Clayton Branck Declaration |
| 108 | Debra Smith Declaration |
| 109 | Dane C. Lea Declaration |
| 110 | Joseph Schroeder Declaration |
| 111 | Kimberly Kerby Declaration |
| 112 | Marth Findley Declaration |
| 113 | Sue Roth-Killian Declaration |
| 114 | Richard Thomas Declaration |
| 115 | Verna Houston Declaration |
| 116 | Sharron James Declaration |
| 117 | Melvin Kerns Declaration |
| 118 | Jack Noll Declaration |
| 119 | Kent Owen Declaration |

# CERTIFICATION EXHIBIT INDEX
## *9.25.09 Updated*

| | |
|---|---|
| 120 | Brad Bonesteel Declaration |
| 121 | Larry Combs Declaration |
| 122 | Randall Cox Declaration |
| 123 | Mark McCurdy Declaration |
| 124 | Richard Roeder Declaration |
| 125 | Michael Saindon Declaration |
| 126 | Steven Schwind Declaration |
| 127 | Patrick Shay Declaration |
| 128 | Sylvestor Williams Declaration |
| 129 | Betty Young Declaration |
| 130 | DAP 205467-Boeing Communication Plan |
| 131 | Sue Killian Grievance Letter |
| 132 | Fifth Set of Supplemental Responses to ROG (PL) |
| 133 | Third Set of Supplemental Responses to ROG (PL) |
| 134 | BAP 672017-IAM CBA |
| 135 | Response To Plaintiffs' First Set of ROG (DEF) |
| 136 | DAP75679-Warn Notice |
| 137 | Additional Excerpts from Turner Deposition |
| 138 | LWW Affidavit (Executed) |
| 139 | Response to Fourth Set of RFP |
| 140 | Baker Appendix H |
| 141 | Selection Examples |
| 142 | Discipline Examples |
| 143 | Response to Secod Set of Interrogatories |
| 144 | Sample Tulsa Spreadsheet |
| 145 | Sammie Proctor Declaration II |
| 146 | Thorma Dyas Declaration |
| 147 | Richard Reoder Declaration II |
| 148 | David Clay Declaration |
| 149 | Michael Saindon Declaration II |
| 150 | Charles Stark Declaration II |
| 151 | Brad Bonesteel Declaration |